UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MATTHEW S. CARLONE<br>            *Plaintiff,*<br>v.<br><br>EDWARD M. LAMONT,<br>            Governor of the State of Connecticut, *in both his official and personal capacities*<br>RENEE COLEMAN-MITCHELL,<br>            Former State Public Health Commissioner, *in both her official and personal capacities*<br>DIEDRE S. GIFFORD,<br>            Acting State Public Health Commissioner, *in both her official and personal capacities*<br>DAVID LEHMAN,<br>            State Economic and Community Development Commissioner<br>THE CHIEF COURT ADMINSTRATOR,<br>            For the Chief Justice of the Connecticut Supreme Court<br>            *Defendants,* | SEPTEMBER 1, 2020 |

## **COMPLAINT**

1.      The Plaintiff brings this action seeking a judgment declaring the COVID-19 "public health emergency" issued by Governor Lamont on March 10, 2020 to be unconstitutional *per se* and therefore void *ab initio*.

2.      At the time Governor Lamont declared the "public health emergency," there were ZERO (0) COVID-19 associated deaths in the state of Connecticut. In fact, there was not even a single confirmed case of COVID-19 in the state at the time the "public health emergency" was declared.

3.      Using the data collected by the Connecticut Department of Health ("CT DPH") and the Center for Disease Control ("CDC"), the Plaintiff will demonstrate that COVID-19 never presented a public health risk sufficient for Governor Lamont to declare a public health emergency. In fact, the Plaintiff will establish that for healthy individuals who are younger than sixty nine (69) years old, COVID-19 presents a health risk on par with the common cold.

4.      The Plaintiff also seeks an order from the court declaring that each and every Executive Order issued by Governor Lamont in furtherance of the declared public health emergency, together with every order, rule or mandate issued by any Defendant pursuant thereto, to also be unconstitutional *per se* and therefore void *ab initio.*

5.      The Plaintiff also seeks injunctive and monetary relief pursuant to 42 U.S.C. §1983 and 18 U.S.C. §242 because the Defendants' Executive Orders, rules or mandates in response to COVID-19:

   a.  Violate the freedoms enumerated in the First Amendment to the United States Constitution, and/or the penumbras of the First Amendment as recognized in *Roe v. Wade*, 410 U.S. 113 (1973) and its progeny; and

   b.  Violate the Fourth Amendment to the United States Constitution; and

   c.  Violate the Fifth Amendments to the United States Constitution; and

   d.  Violate the Fourteenth Amendment to the U.S. Constitution; and

   c.  Violate the Commerce Clause of the United State Constitution, Article I, § 8, clause 3, as interpreted by the Supreme Court of the United States in *Wickard v. Filburn*, 317 U.S. 111 (1942).

6.      Using the data from the CT DPH the Plaintiff has used *Bayes' Theorem* to calculate that there is only a 1.58% chance – probability of .0158 - that a person who tests positive for COVID-19 in Connecticut actually has an active case of COVID-19. Therefore, the Defendants cannot prove that the disease COVID-19 even still exists in Connecticut.

7.      The Plaintiff also seeks punitive damages as the weight of the evidence demonstrates that the Defendants unlawfully conspired to undertake the unlawful actions described hereinafter.

8.      In other words, the Plaintiff will prove that COVID-19 is <u>NOT</u> a pandemic; COVID-19 is a <u>PLAN-DEMIC</u>.

## I.   <u>JURISDICTION AND VENUE</u>

9.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343(3) in that the controversy arises under the United States Constitution and under 42 U.S.C. §1983.

10.     This court has supplemental jurisdiction under 28 U.S.C. §1367(a) to hear and adjudicate state law claims.

11.     Venue is proper under 28 U.S.C. §1391 as the parties are residents of this judicial district and the acts or occurrences giving rise to these claims took place in Connecticut.

## II. **PARTIES**

12.     The Plaintiff, Matthew Carlone, is an individual residing in the state of Connecticut and is actively engaged in the practice of law under a license duly issued by the state of Connecticut.

13.     Defendant, Edward M Lamont, is the duly elected Governor of the State of Connecticut. Governor Lamont is made a party to this action in both his official capacity and his personal capacity pursuant to 18 U.S.C. §242.

14.     Defendant, Renee Coleman-Mitchell, is the former Commissioner of the Connecticut Department Public Health until her removal from office on or about May 12, 2020. Ms. Coleman-Mitchell is made a party to this action in both her official capacity and her personal capacity pursuant to 18 U.S.C. §242.

15.     Defendant, Diedre S. Gifford, is the current acting Commissioner of the Connecticut Department of Public Health Department, appointed by Governor Lamont on or about May 12, 2020. Ms. Gifford is made a party to this action in both her official capacity and her personal capacity pursuant to 18 U.S.C. §242.

16.     Defendant, David Lehman, is the Commissioner of the State Economic and Community Development, appointed by Governor Lamont. Mr. Lehman is made a party to this action in his official capacity, subject to the discovery of evidence demonstrating that he should be made a party to this action in his personal capacity pursuant to 18 U.S.C. 242.

17.     Defendant, Chief Court Administrator, is the highest-ranking administrator in the Connecticut Judicial Branch and is responsible for announcing and effectuating proclamations and/or policies of the Connecticut Judicial Branch.  The Chief Court Administrator is made a party to this action in his or her official capacity, subject to the discovery of evidence demonstrating that he/she should be made a party to this action in his personal capacity pursuant to 18 U.S.C. §242.

### III.  BASIC FACTS COMMON TO ALL COUNTS

### JANUARY 1, 2020 – JANUARY 31, 2020

18.     By January 2020 news about an outbreak of a novel coronavirus in Wuhan, China was being disseminated across America.

19.     The novel virus was named as "Wuhan coronavirus" or "2019 novel coronavirus (2019-nCov)" by the Chinese researchers. The International Committee on Taxonomy of Viruses (ICTV) named the virus as "SARS-CoV-2" and the disease as "COVID-19."[1]

20.     During a January 21, 2020 interview on Newsmax, Dr. Anthony Fauci, Director of the National Institute of Allegories and Infectious Diseases ('NIAID"), stated: [2]

> Obviously, you need to take it [the novel coronavirus] seriously, and do the kinds of things that the CDC and the Department of Homeland Security are doing, but, this is not a major threat for the people of the United States, and this is not something that the citizens of the

---

[1].     https://www.sciencedirect.com/science/article/pii/S2090123220300540
[2].     The NIAID is a division of the Nation Institute of Health ("NIH").

United States right now should be worried about.[3]

21.     As of January 21, 2020, the Center for Disease Control ("CDC") was not testing for SARS-CoV-2 (COVID-19).[4]

22.     As of January 21, 2020, the CT DPH was not testing for SARS-CoV-2 (COVID-19). [5]

23.     During a radio interview with host John Catsimatidis on January 26, 2020, Dr. Fauci stated: [6]

It's [the novel coronavirus] a very, very low risk to the United States... But it's something that we as public health officials need to take very seriously... It isn't something the American public needs to worry about or be frightened about. Because we have ways of preparing and screening of people coming in [from China]. And we have ways of responding - like we did with this one case in Seattle, Washington, who had traveled to China and brought back the infection.

24.     As of January 30, 2020, the CT DPH had reported zero (0) COVID-19 associated deaths in Connecticut. [7] [8]

25.     As of January 30, 2020, the CDC had reported zero (0) COVID-19 associated

---

[3]    .     https://www.newsmax.com/newsfront/virus-outbreak-infectious-disease/2020/01/26/id/951325/
[4]    .     https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm
[5]    .     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg
[6]    .     https://thehill.com/homenews/sunday-talk-shows/479939-government-health-agency-official-corona-virus-isnt-something-the
[7]         https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[8]    .     All data from the CT DPH is current through July 31, 2020.

deaths in Connecticut. [9] [10]

**FEBRUARY 1, 2020 – FEBRUARY 29, 2020**

26.     On February 3, 2020, *Science Magazine* published a study finding that COVID-19 is <u>not</u> transmitted asymptomatically thereby undermining the findings of a paper published five days earlier on January 30, 2020. [11]

27.     On February 4, 2020, Director-General of the World Health Organization ("WHO"), Tedros Adhanom Ghebreyesus made the following statement during a briefing to the UN's executive board: [12]

> We reiterate our call to all countries not to impose restrictions that unnecessarily interfere with international travel and trade. Such restrictions can have the effect of increasing fear and stigma, with little public health benefit.

28.     During a February 16, 2020 interview on CBS's *Face the Nation*, Dr. Fauci had the following exchange with the host Margaret Brennan: [13]

> M. Brennan:   Because the WHO (World Health Organization) has been criticized, perhaps being too careful around the Chinese government in their part of the U.N. agency. They receive international funding. China has tremendous power over them. Is that criticism fair?"

---

[9]      https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[10].    All data from the CDC is current through July 31, 2020.
[11].    https://www.sciencemag.org/news/2020/02/paper-non-symptomatic-patient-transmitting-coronavirus-wrong
[12].    https://edition.cnn.com/asia/live-news/coronavirus-outbreak-02-04-20/h_267d4c445f4bf4730abca05eccc62c67
[13].    https://www.cbsnews.com/news/transcript-dr-anthony-fauci-on-face-the-nation-february-16-2020/

Case 3:20-cv-01288-MPS   Document 1   Filed 09/01/20   Page 8 of 104

> Dr. Fauci:     You know, I don't know if it's fair or not, but certainly it's been spoken about. I mean clearly, the direct of WHO, Dr. Tedros, is really an outstanding person. And under very difficult circumstances, I think he's doing a very good job.

29.     In said interview, Dr. Fauci was referring to the Dr. Tedros Adhanom Ghebreyesus, director-general of the WHO, who is widely known as a "bought-and-paid-for" puppet of the communist Chinse government. [14] [15]

30.     During a February 29, 2020 interview on NBC's *Today Show*, Dr. Fauci stated that he was not advising the American People to change their behavior over the Chinese coronavirus and that it was ok for Americans to go to the malls, movie theaters and the gym. [16]

31.     On February 29, 2020, the U.S. Surgeon General, Jerome Adams, tweeted: [17]

> Seriously people-STOP BUYING MASKS!
>
> They are NOT effective in preventing general public from catching # Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk!
>
> The best way to protect yourself and your community is with everyday prevention actions, like staying home when you are sick and washing hands with soap and water, to help slow the spread of respiratory illness. Get your #FlueShot- 8ewer flu patients = more resources for #COVID19

---

[14].     https://www.beltandroad.news/2020/04/19/belt-and-road-and-bribes/ ; https://www.who.int/dg/speeches/2017/health-silk-road/en/ ; https://www.cfr.org/blog/mapping-chinas-health-silk-road.

[15].     Dr. Tedros is also member of the Ethiopian terrorist group, Tigray People's Liberation Front ("TPLF"). https://www.bbc.com/news/world-africa-51720184 ; https://www.trackingterrorism.org/group/tigray-peoples-liberation-front-tplf

[16].     https://www.today.com/video/dr-fauci-on-coronavirus-fears-no-need-to-change-lifestyle-yet-79684677616

[17].     https://twitter.com/Surgeon_General/status/1233725785283932160

32.     As of February 29, 2020, the CT DPH reported a total of zero (0) COVID-19 associated deaths in Connecticut. [18]

33.     As of February 29, 2020, the CDC reported a total of zero (0) COVID-19 associated deaths in Connecticut. [19]

**MARCH 1, 2020 – MARCH 7, 2020**

34.     During a CDC telebriefing on March 3, 2020, Dr. Nancy Messonnier, Director of the CDC's National Center for Immunization and Respiratory Diseases stated, "[a]nd among those early cases in the United States, we actually didn't find a lot of spread in close contacts. And I do think that's good news." [20]

35.     On March 5, 2020, T*he New England Journal of Medicine* published a paper identifying the first known case of COVID in the United States (at that time) was connected to January 19, 2020 hospitalization in the state of Washington. Consequently, the authors of the paper concluded that COVID-19 was present in the United States at least as early as December of 2019. [21]

---

[18]     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg
[19]     https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[20] .    https://www.cdc.gov/media/releases/2020/t0303-COVID-19-update.html
[21] .    https://www.nejm.org/doi/full/10.1056/NEJMoa2001191;
(https://www.nejm.org/doi/pdf/10.1056/NEJMoa2001191?articleTools=true)

36.     As of March 7, 2020, the CT DPH reported a total of zero (0) COVID-19 associated deaths in Connecticut. [22]

37.     As of March 7, 2020, the CDC reported a total of zero (0) COVID-19 associated deaths in Connecticut. [23]

### MARCH 8, 2020 – MARCH 14, 2020

38.     During a March 8, 2020 interview on CBS's *60 Minutes,* Dr. Fauci stated, "right now in the United States people should not be walking around with mask… right now people should not be – people should not be walking around with masks." [24]

39.     During a CDC COVID-19 telebriefing on March 10, 2020, Dr. Nancy Messonnier stated: [25]

> There is risk of being exposed and getting sick from this virus and there is risk of getting very sick or dying from illness with this virus. This virus is capable of spreading easily and sustainably from person to person based on the available data. The report of the World Health Organization mission to China describes the virus as being highly contagious… China that looked at more than 70,000 COVID-19 patients found that about 80% of illness had — was mild and people recovered. 15 to 20% developed serious illness. Let's talk about who those people are. So far it seems like it's not children. Of the 70,000 cases, only about 2% were in people younger than 19. This seems to be a disease that affects adults. And most seriously older adults. Starting at age 60, there is an increasing risk of disease and the risk increases with age. The highest risk of serious illness and death is in people older than 80 years. People with serious underlying health conditions also are more likely to develop serious outcomes

---

[22]      https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[23]      https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[24].      https://www.cbsnews.com/news/full-transcript-of-face-the-nation-on-march-8-2020/
[25].      https://www.cdc.gov/media/releases/2020/t0309-covid-19-update.html

including death. The people who are at greatest risk are those older and who also have serious long-term health conditions like diabetes, heart disease, or lung disease….

40.     During the March 10, 2020 telebriefing, Dr. Messonnier made the following statement regarding the use of masks:[26]

In terms of masks, as you implied and I'll say, we really do not think this is the time for Americans to be going out and getting masks. Masks are really important for those at highest risk in the health care setting and we want to make sure that we save enough masks for our health care workers on the front lines who will need to continue to be able to do their work and take care of all of us. So in particular in the setting of concern about masks, I ask people to please fight the urge to buy a mask and make sure we save them for the people that really need them.[27]

41.     On March 10, 2020, Governor Lamont formally declared a "public health emergency" due to COVID-19:

In response to the global pandemic of COVID 19 disease associated with a novel coronavirus that is currently affecting multiple countries and states and has resulted in the spread of infections in Connecticut and surrounding states, as well as resulting shortages of personal protective equipment and other supplies that could jeopardize public safety and civil preparedness, and in order to provide me and other appropriate officials with all authorities necessary to limit the spread of the COVID 19 coronavirus and protect public safety within the State of Connecticut, I hereby declare a public health emergency and civil preparedness emergency throughout the State, pursuant to Sections 19a-131 a and 28-9 of the Connecticut General Statutes.

Such public health emergency and civil preparedness emergency shall remain in effect through September 9th, 2020, unless terminated earlier by me. Specifically, in accordance with Connecticut General Statutes Section 19a-13 la (f), I hereby authorize and direct the Commissioner of Public Health to delegate the powers regarding isolation or quarantine to municipal and district directors of public health. Municipalities, local health officials, and local education officials are directed to follow previously issued guidance and apply relevant principles of risk management to decisions about whether to cancel, modify, or postpone large gatherings, public events,

---

[26] .     *Id.*
[27] .     *Id.*

11

or travel. Orders regarding additional measures to protect public health and safety, including suspension or modification of specific statutes, will follow as I determine to be necessary. I am filing this declaration with you under my hand and seal on this 10th day of March 2020.

42.     At the time Governor Lamont declared the "public health emergency" on March 10, 2020, the CT DPH did not have a single reported case of COVID-19 or death associated with COVID-19 in Connecticut. [28]

43.     At the time Governor Lamont declared the "public health emergency" on March 10, 2020, the CDC did not have a single reported case of COVID-19 or death associated with COVID-19 in Connecticut.[29]

44.     On March 11, 2020, Dr. Fauci testified before the United States Congress.

45.     During his March 11th testimony, Dr. Fauci stated: [30]

I think if you count all the cases of minimally symptomatic, or asymptomatic infection, that probably bring the mortality rate down to around One Percent (1.0%) which means that it is ten times more lethal than the seasonal flu.

46.     On March 11, 2020, Dr. John Ioannidis[31] published a peer-reviewed paper highlighting the fallacies underlying arguments in favor of federal and state governments

---

[28].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg;

[29].     https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

[30].     https://www.cbsnews.com/news/fauci-serious-consequences-united-states-reopening-warning/

[31].     Dr. Ioannidis is a professor of medicine and epidemiology, population health, and biomedical data science at Stanford University School of Medicine, and co-director of the Meta-Research Innovation Center at Stanford (METRICS) at Stanford University. https://profiles.stanford.edu/john-ioannidis

undertaking unprecedented and draconian measures in response to the novel coronavirus.

Portions of said paper are transcribed below: [32]

> 1 | FAKE NEWS AND WITHDRAWN PAPERS
> *Lancet* published on February 24 an account from two Chinese nurses of their front-line experience fighting coronavirus. The authors soon retracted the paper admitting it was not a first-hand account.
>
> 3 | EXAGGERATED CASE FATALITY RATE (CFR)
> Early reported CFR figures also seem exaggerated. The most widely quoted CFR has been 3.4%, reported by WHO dividing the number of deaths by documented cases in early March. This ignores undetected infections and the strong age dependence of CFR. The most complete data come from Diamond Princess passengers, with CFR = 1% observed in an elderly cohort; thus, CFR may be much lower than 1% in the general population, probably higher than seasonal flu (CFR = 0.1%), but not much so.
>
> 5 | EXTREME MEASURES
> Under alarming circumstances, extreme measures of unknown effectiveness are adopted… Evidence is lacking for the most aggressive measures. A systematic review on measures to prevent the spread of respiratory viruses found insufficient evidence for entry port screening and social distancing in reducing epidemic spreading. Plain hygienic measures have the strongest evidence.
>
> 8 | LOCKDOWNS—FOR HOW LONG?
> An argument in favor of lockdowns is that postponing the epidemic wave ("flattening the curve") gains time to develop vaccines and reduces strain on the health system. However, vaccines take many months (or years) to develop and test properly. Maintaining lockdowns for many months may have even worse consequences than an epidemic wave that runs an acute course. Focusing on protecting susceptible individuals may be preferable to maintaining countrywide lockdowns long term.

47.     On March 11, the CT DPH issued a directive (BLAST FAX 2020-8) regarding

"Guidance for Certifying COVID-19 Deaths" which provides:

> It is important to emphasize that Coronavirus Disease 2019 or COVID-19 should be reported on the death certificate for all decedents where the disease cause or is assumed to have caused or contributed to death. Other terminology, e.g. SARS-CoV-2, can be used as long as it is clear that it indicates the 2019 coronavirus strain, <u>but we would prefer use of WHO's standard terminology, e.g. COVID-19. Specification of the causal pathway leading to death in Part1 of the certificate is also important.</u> For example in cases when COVID-19 causes pneumonia and fatal respiratory distress,

---

[32].     https://pubmed.ncbi.nlm.nih.gov/32202659/;
https://onlinelibrary.wiley.com/doi/pdf/10.1111/eci.13222

both pneumonia and respiratory distress should be included along with COVID-19 in Part I….. If the decedent had other chronic conditions such as COPD or asthma that may have also contributed, these conditions *can* be reported in Part II.

48.    On March 12, 2020, Governor Lamont issued Executive Order No. 7 which states

in part:

WHEREAS, COVID-19 is a respiratory disease that spreads easily from person to person and may result in serious illness or death; and

WHEREAS, the World Health Organization has declared the COVID-19 outbreak a pandemic; and

WHEREAS, the risk of severe illness and death from COVID-19 appears to be high for individuals who are 60 years of age or older and for those who have chronic health conditions;

WHEREAS, there is an increased risk of rapid spread of COVID-19 among persons who are living in congregate settings, such as long-term care facilities, and most residents of long-term care facilities are at increased risk for severe COVID-19; and

WHEREAS, to reduce spread of COVID-19, the United States Centers for Disease Control and Prevention and the Connecticut Department of Public Health recommend implementation of community mitigation strategies to increase containment of the virus and to slow down the transmission of the virus, including cancellation of large gathers and social distancing in smaller gather;

49.    On March 13, 2020, the Whitehouse declared a national emergency due to COVID-19. [33]

50.    On March 14, 2020, Governor Lamont issued Executive Order No. 7B which states, in part:

---

[33].    https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/

WHEREAS, attendance at public meetings and proceedings is likely to increase the risk of transmission of COVID-19; and

WHEREAS, increased demand on the healthcare system resulting from the COVID-19 pandemic has created an imminent short of personal protective equipment (PPE); and

WHEREAS, the need to enact social distancing, limit large crowds, and other measures, combined with the closure of schools and workplaces to limit the transmission of COVID-19, has vastly expanded the need for childcare for families throughout the State;

51.    The CDC reported Zero (0) COVID-19 associated deaths in Connecticut as of March 14, 2020. [34]

52.    The CT DPH reported Zero (0) COVID-19 associated deaths in Connecticut as of March 14, 2020. [35]

### MARCH 15, 2020 – MARCH 21, 2020

53.    On March 15, 2020, *The Journal of Advanced Research* published a paper entitled, "COVID-19 Infection: Origin, transmission, and characteristics of human coronaviruses" which concluded that "the genome of the SARS-CoV-2 has been reported over 80% identical to the previous human coronavirus (SARS-like bat CoV)… SARS-CoV-2 lies close to the group of [other] SARS-coronaviruses." [36]

---

[34].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[35].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg
[36].    https://www.sciencedirect.com/science/article/pii/S2090123220300540

54.     On March 15, 2020, *The Journal of Advanced Research* pushed a study confirming

that the NIAID and the CDC had been working on a vaccine for SARS-CoV-2 since, at least,

January of 2020:

> However, there are few vaccines in the pipeline against SARS-CoV-2. The mRNA based vaccine prepared by the US National Institute of Allergy and Infectious Diseases against SARS-CoV-2 is under phase 1 trial. INO-4800-DNA based vaccine will be soon available for human testing. Chinese Centre for Disease Control and Prevention (CDC) working on the development of an inactivated virus vaccine. Soon mRNAbased vaccine's sample (prepared by Stermirna Therapeutics) will be available. GeoVax-BravoVax is working to develop a Modified Vaccina Ankara (MVA) based vaccine. While Clover Biopharmaceuticals is developing a recombinant 2019-nCoV S protein subunit-trimer based vaccine. [37]

55.     During a March 15, 2020 interview on CBS's *Face The Nation*, Dr. Fauci provided

the following insight into COVID-19: [38]

FUACI:  One is preventing new infections from cling in, hence the travel restrictions. And the other is doing containment and mitigation within the country. And it is correct that the infections are going to go up. Our job is to make sure it doesn't do the maximum peak and actually blunts. Within that blunt there will be many new infections. We want to make sure we don't get to that really bad peak.

[ …]

M. BREN:  Give us the reality check, though. What is the mortality rate and what is the recovery rate?

FUACI:  Right, well, the issue is, if you look historically right now in the United states, we're collecting data, looks similar to what we've seen in some other places. If you look at the totality, China dominated that previously, the mortality was about three percent. Okay? That's quite high for any kind of raspatory disease. If you look at the other countries, it's somewhat less. If you count all the people who are getting infected and are not being counted because they're not coming to the attention of a healthcare provider, then

---

37.     *Id.*

38.     https://www.cbsnews.com/news/full-transcript-of-face-the-nation-on-march-15-2020/

mortality will likely come down to somewhere around one percent or less. But even that is serious. And that's why we've got to take this seriously, because if you look at the typical flu, it's 0.1 percent. So this is a virus that transmits readily. It's a virus that has a high degree of morbidity and mortality. That the reason we've got to do all of our forces. Now, if you look at the recovery rate, the recovery rate is minus what the mortality is. So if- if that mortality is one percent, it's 99 percent recovery rate. If the mortality is even less, overwhelmingly people recover from this than get into serious trouble. There's no doubt about that. But we want to make sure that we not only decrease the rate of infection, we protect he vulnerable people who are within that percentage that have a much higher degree of morbidity.

FUACI:  Well, see, dinner is different. It depends. If you're having dinner for multiple hours with someone who has symptoms and finds out that that person is sick, that puts you at a higher risk. That's something that you really need to essentially hunker down, get a physician, call them up, get instructions of what to do. If you walk into a room and you find out three days later that somebody in that room was infected and was asymptomatic when they were infected. Your risk is very low, very low.

56.     On March 15, 2020, Governor Lamont issued Executive Order No. 7C which

states, in part:

WHEREAS, the Commissioner of the Department of Public Health has added COVID-19 to the list of reportable diseases under Section 19a-215 of the Connecticut General Statute; and

57.     On March 16, 2020, Dr. Neil Ferguson of the Imperial College in the United

Kingdom published a computer model projecting the spread of SARS-CoV-2 (COVID-19)

across the world and the associated death toll as a result thereof (the "Imperial College

Model").[39]

---

[39].      https://www.cato.org/blog/how-one-model-simulated-22-million-us-deaths-covid-19

58.     The Imperial College Model predicted that coronavirus might kill half of a million Britons and two million Americans if the governments in these countries didn't act immediately.[40]

59.     On March 17, 2020, science and medicine journal *STATNews* published an article by Dr. Ioannidis in which he argued against state governors imposing draconian lockdown measures in response to the coronavirus. The factual basis for Dr. Ioannidis' argument is found in his peer-reviewed paper cited therein. [41]

60.     On March 17, 2020, at the direction of Dr. Anthony Fauci, the Whitehouse announced the "Fifteen Days to Flatten the Curve" campaign.[42]

61.     On March 18, 2020, former commissioner Renee-Coleman, issued a directive to all nursing homes in the state of Connecticut entitled, "Connecticut: Blast Fax 2020-15" which attached a notice from the Office of the Chief Medical Examiner ("OCME") stating:[43]

> As the Office of the Chief Medical Examiner (OCME) has statutory jurisdiction over all deaths related to a disease which might constitute a threat to public health, **all suspected and confirmed COVID-19 cases should be reported to the OCME.** The vast majority of these decedent, however, will not be brought to the OCME. As these are natural deaths, death certificates should be completed by the treating physician. These deaths may be certified as: **Complications of Novel Coronavirus (COVID) Respiratory Infection.** Contributing conditions (e.g. pulmonary

---

[40].     *Id.*

[41].     https://www.statnews.com/2020/03/17/a-fiasco-in-the-making-as-the-coronavirus-pandemic-takes-hold-we-are-making-decisions-without-reliable-data/

[42].     https://www.nytimes.com/2020/03/17/world/europe/coronavirus-imperial-college-johnson.html

[43].     https://portal.ct.gov/-/media/Departments-and-Agencies/DPH/Facility-Licensing--Investigations/Blast-Faxes/Blast-Fax-202015-Notice-from-the-Chief-Medical-Examiner.pdf

emphysema, obesity, etc.) may be listed in Part 2 of the death certificates. (emphasis in original)

62.    On March 18, 2020, *Nature Magazine* published a study entitled "Hydroxychloroquine, a less toxic derivative of chloroquine, is effective in inhibiting SARS-CoV-2 infection in vitro" which found that hydroxychloroquine was an effective treatment against COIVD-19.[44]

63.    Hydroxychloroquine is an anti-viral drug that is commonly used to treat malaria.[45]

64.    On March 19, 2020, Governor Lamont issued Executive Order No. 7G which states, in part:

WHEREAS, in consultation with Chief Court Administrator on behalf of the Chief Justice of the Supreme Court and the Judicial Branch, I have determined that there exists a compelling state interest that the courts conduct only essential business in order to minimize the spread of COVID-19; and

WHEREAS, there is a compelling interest in reducing the risk of transmission of COVID-19 among voters, poll workers, and residents, which risk would be heightened in the setting of indoor polling places and potential lines for voting, especially in polling places such senior centers schools, community centers, and other public facilities;

65.    On March 20, 2020, Governor Lamont issued Executive Order No. 7H which states, in part:

WHEREAS, in a short period of time, COVID-19 has rapidly spread through Connecticut necessitating updated and more stringent guidance from federal, state, and local officials;

---

[44].    https://www.nature.com/articles/s41421-020-0156-0
[45].    https://www.medicalnewstoday.com/articles/hydroxychloroquine-oral-tablet

66.     Paragraph 1 of Executive Order 7H further provide, "restrictions on workplaces for Non-Essential Businesses. Effective on March 23, 2020 at 8:00 p.m."

67.     According to the CT DPH, there were a total of Zero (0) COVID-19 associated deaths as of March 21, 2020.[46]

68.     The CDC reported the first COVID-19 associated deaths in Connecticut during the week of March 15, 2020 to March 21, 2020.[47]

69.     The CDC reported a total of Ten (10) COVID-19 associated deaths in Connecticut during the week of March 15, 2020 to March 21, 2020. [48]

### MARCH 22, 2020 – MARCH 28, 2020

70.     On March 23, 2020, Governor Lamont issued Executive Order No. 7K which states, in part:

> WHEREAS, the existing COVID-19 pandemic and the accelerating spread of the disease in the State of Connecticut warrants the modification or suspension of certain public health statutes and regulations delineated below or any part thereof that conflict with the execution of civil preparedness function or the protection of public health;

71.     On March 24, 2020 Dr. Fauci and Dr. Robert Redfield, Director of the CDC, published an article in *The New England Journal of Medicine* which asserts, in part: [49]

---

[46].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[47].     https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

[48].     *Id.*

[49].     https://www.nejm.org/doi/pdf/10.1056/NEJMe2002387?articleTools=true

This suggests the overall clinical consequences of Covid-19 may ultimately be more akin to those of a severe seasonal influenza (which has a case fatality rate of approximately 0.1%) or a pandemic influence (similar to those in 1957 and 1968) rather than a disease similar to SARS or MERS, which have had a case fatality rate of 9 to 10% and 36%, respectively.

72.     The CT DPH reported the first COVID-19 associated death in Connecticut on March 24, 2020.[50]

73.     The CT DPH reported a total of Twelve (12) COVID-19 associated death in Connecticut on March 24, 2020. [51]

74.     On March 27, 2020, Governor Lamont issued Executive Order No. 7O which provides, in part:

WHEREAS, confirmed COVID-19 infections and resulting hospitalizations have increased significantly in recent days, at the same time that resident of areas with high infection rate have arrived in Connecticut, creating a need to enact further mandatory distancing measures to limit the rate of spread of the disease.

75.     On March 27, 2020, the Connecticut DPH reported Twenty-Seven (27) COVID-19 associated deaths in Connecticut. [52]

76.     On March 28, 2020, the Connecticut DPH reported Thirty-Three (33) COVID-19 associated deaths in Connecticut.[53]

---

[50]     .     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg;

[51]     .     *Id.*

[52]     .     *Id.*; (As of March 27, 2020, the CT DPH did not break down COVID-19 deaths by age demographics.) https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[53]     .     *Id.* (The CT DPH did not break down COVID-19 deaths by age demographics as of March 28, 2020.

77.     The CDC reported a total of only Forty-Seven (47) COVID-19 associated deaths in Connecticut during the week of March 22, 2020 through March 28, 2020.[54]

**MARCH 29, 2020 – APRIL 4, 2020**

78.     On March 29, 2020 the Whitehouse announced that the "thirty (30) days to slow the spread" campaign would immediately go into effect upon the expiration of the "fifteen days to flatten the curve" campaign.[55]

79.     The "thirty (30) days to slow the spread" campaign was predicated upon the IHME Model published by the University of Washington.[56]

80.     Dr. Birx particularly cited the University of Washington's IHME Model as the impetus for the "30 days to slow the spread" campaign.[57]

81.     The University of Washington's IHME Model receives the bulk of its funding from the Bill & Melinda Gates Foundation. [58]

82.     The CT DPH reported Thirty-Four (34) COVID-19 associated deaths on March 29, 2020.[59]

---

[54].     *Id.*
[55].     https://www.washingtonpost.com/world/2020/03/30/coronavirus-latest-news/
[56].     https://www.denverpost.com/2020/03/31/white-house-statistical-models-coronavirus-forecast
[57].     http://www.healthdata.org/acting-data/our-covid-19-forecasting-model-otherwise-known-chris-murray-model
[58].     https://www.gatesfoundation.org/media-center/press-releases/2017/01/ihme-announcement
[59].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-

83.     On March 30, 2020 the CT DPH issued a directive entitled "Connecticut: Blast Fax 2020-15A" containing further direction from the OCME regarding how to certify deaths which were "associated" with COIVD-19, expounding upon the prior instruction contained in CT BLAST FAX 2020-15 on March 18th.

84.     A study published in Global Research on March 30, 2020 found hydroxychloroquine is an effective treatment against COVID-19.[60]

85.     On March 30, 2020, the Connecticut DPH reported a total of Thirty-Six (36) COVID-19 related deaths in Connecticut.[61]

86.     On March 31, 2020, Governor Lamont issued Executive Order No. 7R which states, in part:

> WHEREAS, the Department of Energy and Environmental Protection (DEEP is closely monitoring park vistorship and closing parks when parking lots are full, or where necessary, at lower parking thresholds in order to maintain social distancing among park visitors, and DEEP has observed additional visitors in some locations parking outside entrances to parks that have closed at capacity and walking in, which increases the numbers of visitors beyond a level that can ensure safe social distancing, and

> WHEREAS, limiting the spread of COVID-19 requires effective distancing measure even among peoples enjoying the outdoors, including measures to ensure that state

---

Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf (The CT DPH did not break down COVID-19 deaths by age demographics as of March 29, 2020)

[60].     https://www.globalresearch.ca/report-successful-treatment-coronavirus/5708056?print=1

[61].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf (The CT DPH did not break down COVID-19 deaths by age demographics as of March 30, 2020)

parks and other lands under the Commissioner's control do not overcome, even briefly, over capacity; and

87.     On March 31, 2020, the Connecticut DPH reported a total of Sixty-Nine (69) COVID-19 related deaths in Connecticut, which were not broken down by age demographics.[62]

88.     On April 1, 2020, Governor Lamont issued Executive Order No. 7S which states, in part:

> WHEREAS, there exists a compelling state interest in a consistent and easily understandable statewide approach to reducing the risk of transmission of COVID-19 among customers, staff, and other persons entering retail establishments, to limit community transmission of COVID-19 statewide, and to ensure the continuity of essential retail services and safe conduct of permitted non-essential retail services

89.     On April 1, 2020, the CT DPH reported a total of Eighty-Five (85) COVID-19 associated deaths in Connecticut, which were not broken down by demographics.[63]

90.     On April 2, 2020, *Medical News Today* reported that humidity is very effective in preventing COVID-19 transmission and associated deaths. [64]

91.     On April 2, 2020, Governor Lamont issued Executive Order No. 7T which states, in part:

> WHEREAS, it is imperative to take aggressive mitigation measures to slow the spread of VOID-19 within our State and region and one such measure, as reflected in my prior Executive Order Nos. 7H and 7J, restricting the operations of non-essential businesses, and the Domestic Travel Advisory recently issued by the Centers for

---

[62].     *Id.*
[63].     *Id.* (The CT DPH did not break down COVID-19 associated deaths by age demographics as of April 1, 2020.)
[64].     https://www.medicalnewstoday.com/articles/how-humidity-may-affect-covid-19-outcome

Disease Control, is to ensure that people stay home and avoid unnecessary travel or temporary lodging for vacation or leisure purposes;

WHEREAS, to encourage social distancing and protect public health and safety, my Executive Order Nos. 7D and 7G, closed bar restaurants to all on-premise service of food and beverages; and

WHEREAS, attendance at public proceedings is likely to increase the increase the risk of transmission of COVID-19;

92.     On April 2, 2020, the CT DPH reported a total of One Hundred Twelve (112) COVID-19 associated deaths in Connecticut as of April 2, 2020. [65]

93.     On April 4, 2020, the CT DPH reported a total of One Hundred Sixty-Five (165) COVID-19 associated deaths in Connecticut as of April 4, 2020.[66]

94.     On April 4, 2020 the CDC reported a total of One Hundred Eighty-Seven (187) COVID-19 associated deaths in Connecticut during the week of March 29, 2020 through April 4, 2020.[67]

**APRIL 5, 2020 – APRIL 11, 2020**

95.     On April 5, 2020 the CDC issued a document entitled *Coronavirus Disease 2019 (COVID-19) 2020 Interim Case Definition, approved April 5, 20202* which asserts that: [68]

---

[65].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[66].     *Id.*

[67].     https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

[68].     https://wwwn.cdc.gov/nndss/conditions/coronavirus-disease-2019-covid-19/case-definition/2020/

The virus is distinct from both severe accurate respiratory syndrome coronavirus (SARS-CoV) and Middle East respiratory syndrome coronavirus (MERS-CoV), although closely related. Early epidemiological findings indicate COVID-19 may be less severe than SARS or MERS, but evidence suggests that the virus is more contagious than its predecessors… The disease in children appears to be relatively mild, and growing evidence that significant proportion of infections across all age groups are asymptomatic

96.     During a Coronavirus Task Force press conference on April 4, 2020, the Whitehouse announced the finding from recent studies that demonstrated hydroxychloroquine is an effective treatment for COVID-19.[69]

97.     COVID-19 associated death statistics reported by the CT DPH on April 5, 2020 are reproduced below:[70] [71]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 189 | 144 | 77% | 110 | 53% |

98.     During an April 6, 2020 interview on CBS's *Face the Nation*, Dr. Fauci stated: [72]

The data are really, just, at best, suggestive…. There have been cases that show there may be an effect and there are others to show there's no effect. So, I think in terms of science, I don't think we could definitively say it works.

---

[69].     https://www.statnews.com/2020/04/06/trump-hydroxychloroquine-fact-check/
[70].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg
[71].     April 5, 2020 is the first date COVID-19 associated deaths are reported by age demographic. https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf (Percentages reflect proportion of COVID-19 associated deaths attributable to the age demographic as reported by the CT DPH)
[72].     https://www.cbsnews.com/news/transcript-dr-anthony-fauci-discusses-coronavirus-on-face-the-nation-april-5-2020/

99.     On April 6, 2020, the CT DPH issued BLAST FAX 2020-29 regarding updated guidance for COVID-19 in which the CT DPH "strongly advise[d] against off-label use of hydroxychloroquine and azithromycin in the outpatient setting for COVID-19 prophylaxis or treatment, as there is not enough safety and efficacy data at this time." [73]

100.    COVID-19 associated death statistics reported by the CT DPH on April 6, 2020 are reproduced below: [74]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 206 | 159 | 77% | 110 | 53% |

101.    On April 7, 2020, Governor Lamont issued Executive Order No. 7V which states, in part:

> WHEREAS, the critical need to limit the spread of COVID-19 requires the enforcement of distancing and other protective measures in all workplaces; and

102.    COVID-19 associated death statistics reported by the CT DPH on April 7, 2020 are reproduced below:[75]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 277 | 212 | 77% | 149 | 54% |

---

[73].    https://portal.ct.gov/-/media/Departments-and-Agencies/DPH/Facility-Licensing--Investigations/Blast-Faxes/Blast-Fax-2020-29-Updated-Guidance-for-COVID-19.pdf
[74].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[75].    *Id.*

103.    On April 8, 2020, the Bill & Melinda Gates Foundation, in conjunction with the

WHO and NIAID, issued a joint press release stating: [76]

> The World Health Organization, UNICEF, the National Institute of Allergy and
> Infectious Diseases ("NIAID") and the Bill & Melinda Gates Foundation have
> announced a collaboration to increase coordination across the international vaccine
> community and create a Global Vaccine Action Plan.

104.    Said press release further stats that "the collaboration follows the January 2010

call by Bill and Melinda Gates for the next ten years to be the Decade of Vaccines." [77]

105.    Dr. Anthony Fauci is also the head of the Global Action Plan.[78]

106.    The Global Action Plan was launched in concert with the World Health

Organization's Global Vaccine Plan. [79]

107.    By April 8, 2020, many scientific studies had demonstrated that heat is "very

effective" at killing COVID-19.[80]

108.    For example, one study showed that all coronavirus would be eradicated by

exposure in an environment of just 71.6 °F.[81]

---

[76].    https://www.washingtontimes.com/news/2020/apr/8/anthony-fauci-sets-stage-mandatory-vaccine/
[77].    *Id.*
[78].    *Id.*
[79].https://www.who.int/immunization/global_vaccine_action_plan/GVAP_doc_2011_2020/en/
[80].    https://www.newsmax.com/health/health-news/heat-disinfect-masks/2020/04/08/id/961953/
[81].    https://www.consumerlab.com/answers/heat-to-kill-coronavirus/heat-coronavirus/

109.    COVID-19 associated death statistics reported by the CT DPH on April 8, 2020 are reproduced below:[82]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 335 | 259 | 77% | 179 | 54% |

110.    COVID-19 associated death statistics reported by the CT DPH on April 9, 2020 are reproduced below:[83]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 380 | 295 | 78% | 204 | 54% |

111.    On the April 10, 2020 edition of *The Story with Martha McCallum*, Dr. Fauci stated, "I have been, and still am, and will always be somewhat reserved and skeptical about models, because models, are only as good as you put into the model." [84]

112.    On April 10, 2020, Governor Lamont issued Executive Order No. 7C which states, in part:

> WHEREAS, to reduce the spread of COVID-19, the United States Centers for Disease Control and Prevention and the Connecticut Department of Public Health recommend implementation of community mitigation strategies to increase containment of the virus and to slow transmission of the virus, including cancellation of gatherings of ten people or more and social distancing in smaller gatherings;
>
> WHEREAS, because in-person interactions in social, recreational, athletic, business and entertainment settings also continue to pose a risk of transmission of COVID-19, measures to limit such interactions must also be extended for several weeks; and

---

[82].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[83].     *Id.*

[84].     https://www.foxnews.com/media/fauci-coronavirus-mitigation-programs-models-china-italy

113.   COVID-19 associated death statistics reported by the CT DPH on April 10, 2020

are reproduced below:[85]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 448 | 350 | 78% | 249 | 56% |

114.   COVID-19 associated death statistics reported by the CT DPH on April 11, 2020

are reproduced below:[86]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 494 | 385 | 78% | 275 | 56% |

115.   The aggregated COVID-19 related death statistics reported by the CT DPH from

April 5 through April 11, 2020 are enumerated below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 2,329 | 1,804 | 77% | 1,263 | 54% |

116.   The CDC reported a total of Four Hundred Eighty (480) COVID-19 associated

deaths in Connecticut for the week of April 5, 2020 through April 11 2020.[87]

**APRIL 12, 2020 – APRIL 18, 2020**

---

[85].   https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[86].   *Id.*

[87].   https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

117.    COVID-19 associated death statistics reported by the CT DPH on April 13, 2020 are reproduced below: [88]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 602 | 466 | 77% | 332 | 55% |

118.    During a White House Coronavirus Task Force press briefing on April 14, 2020, Dr. Fauci stated, "I'm humble enough to admit that there could have been other options but that's the choice we made based on information… you have to weigh consequences." [89]

119.    COVID-19 associated death statistics reported by the CT DPH on April 14, 2020 are reproduced below: [90]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 671 | 519 | 77% | 369 | 56% |

120.    The April 15, 2020 issue of *Vanity Fair* contained an interview with Dr. Fauci which contained the following exchange:

VF:     The specific guidance herein Los Angeles, where I am, is that we should be wearing cloth face masks when we go out in public. A couple of doctor friends of mine sent me studies saying that that's actually not enough, that we need to be wearing N95 masks. Obviously, that might take away from essential medical workers who need those masks, but how confident are you that face masks cloth mask like a bandanna, are enough when I go out the grocery store?

---

[88]    .    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[89]    .    https://nypost.com/2020/04/14/were-not-there-yet-anthony-fauci-warns-about-reopening-economy/

[90]    .    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

Dr. Fauci:   It depends on what you mean buy enough. It is certainly better than not having it on. Is it 100% protective against a droplet that someone might sneeze or cough, or even some aerosol? Of course not. However, in reality, if you can stay six feet from someone, at all times, the virus very, very unlikely would travel that far to you. But in the real world that we live in, when you go to a  pharmacy or you go to a grocery store, the changes of you always being six feet from someone are just unlikely, which is the reason why the recommendation of, although it isn't perfect, wear something that is a cloth. Now it's interesting you said N95. The reason it's not being recommended – not only N95s, but not even regular surgical masks—is because there had been shortage, particularly of N95s. And the people that you really want to protect are the people who are actually in a real and present danger, namely a health care worker who's taking care of a sick person who's spewing virus all over the place. You don't want to take the mask from that person and have somebody wear it so they'll feel more comfortable when they're going to the grocery store. It's for that reason. In a perfect world, in which you had an unlimited amount of really effective masks, of course you would say everybody use it. But we're not there, and I don't think we're ever going to get there.[91]

121.    In said *Vanity Fair* interview, Dr. Fauci made the following comments regarding the popular social media "hook-up" app Tinder®:

VF:          On the opposite side of that spectrum, people are cooped up, they're a little stir crazy. If you're swiping on a dating app like Tinder, or Bumble, or Grindr, and you match with someone that you think is hot, and you're just kind of like, "Maybe it's fine if this one stranger comes over." What do you say to that person?

Dr. Fauci:   You Know, that's touch. Because it's what's called relative risk. If you really feel that you don't want to have any part of this virus, will you maintain six feet away, wear a mask, do all the things that we talk about in the guidelines? If you're willing to take a risk—and you know, everybody has their own tolerance for risks—you could figure out if you want to meet somebody. And it depends on the level of the interaction that you want to have. If you're looking for a friend, sit in a room and put a mask on, and

---

[91].      https://www.vanityfair.com/news/2020/04/anthony-fauci-on-new-rules-of-living-with-coronavirus

you know, chat a bit. If you want to go a little bit more intimate, well, then that's your choice regarding a risk. The one thing you don't want to do is make sure the person is feeling well. Even though there's a lot of asymptomatic infections, that's one of the things that's really troublesome. That if everybody transmitted would only transmit when they're sick, that would be much easier. But what we're seeing, which becomes really problematic, is that there's a considerable amount of transmission from an asymptomatic person. And we've got well-documented now, you know, that situation on the nuclear carrier, the Roosevelt, USS Roosevelt, where hundreds of sailors have gotten infected from people that were not sick.[92]

122.    COVID-19 associated death statistics reported by the CT DPH on April 14, 2020 are reproduced below: [93]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 857 | 683 | 79% | 491 | 57% |

123.    On April 17, 2020, Governor Lamont issued Executive Order No. 7BB which states, in part:

WHEREAS, public health experts have determined that it is possible to transmit COVID-19 even before a person shows symptoms and through aerosol transmission; and

WEREAS, public health experts have determined that wearing a cloth face covering may prevent transmission by an infected person; and

WHEREAS, it is likely that on June 2, 2020, the currently scheduled date of Connecticut's presidential preference primary, such heightened risk will remain; and

WHEREAS, on August 11, 2020 Connecticut is scheduled to conduct primary elections for other officers pursuant to Section 9-415 of Connecticut General Statutes;

---

[92].    *Id.*
[93].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

124.    COVID-19 associated death statistics reported by the CT DPH for April 17, 2020

are reproduced below: [94]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,034 | 810 | 78% | 579 | 56% |

125.    COVID-19 associated death statistics reported by the CT DPH for April 18, 2020

are reproduced below:[95]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,084 | 850 | 78% | 605 | 56% |

126.    The aggregated COVID-19 related death statistics from April 5 through April 18,

2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 8,117 | 6,320 | 78% | 4,487 | 55% |

127.    The CDC reported a total of One Hundred Eighty-Seven Six Hundred Forty Six

(646) deaths in Connecticut related to SARS-CoV-2 during the week of April 12, 2020 through

April 18, 2020.[96]

---

[94].    *Id.*
[95].    *Id.*
[96].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

**APRIL 19, 2020 – APRIL 25, 2020**

128.    COVID-19 associated death statistics reported by the CT DPH for April 20, 2020

are reproduced below: [97]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,329 | 1,033 | 78% | 733 | 55% |

129.    By April 21, 2020, it was widely reported that new research demonstrated that UV

was very effective at eradicating COVID-19.[98]

130.    On April 21, 2020, Governor Lamont issued Executive Order No. 7CC which

states, in part:

> WHEREAS, in consultation with the Chief Court Administrator on behalf of the
> Chief Justice of the Supreme Court and the Judicial Branch, I have determined that
> there exists a compelling state interest that court's conduct only essential business in
> order to minimize the spread of COVID-19;

131.    COVID-19 associated death statistics reported by the CT DPH for April 21, 2020

are reproduced below. [99]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,421 | 1,106 | 78% | 787 | 55% |

---

[97].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[98].    See e.g., https://news.columbia.edu/ultraviolet-technology-virus-covid-19-UV-light ; https://www.researchsquare.com/article/rs-25728/v1.

[99].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

132.    On April 22, 2020 the NIAID published the "NIAID Strategic Plan for COVID-19 Research" which enumerates the agency's goals in connection with COVID-19, including "to accelerate research, NIAID will leverage current resources and global collaborations, including existing research programs and clinical trial networks." [100]

133.    The "NIAID Strategic Plan for COVID-19 Research" further states that, "NIAID's research response to COVID19 will build on experience with diseases cause by other *zonotic coronaviruses* (CoVs), including sever acute respiratory syndrome (SARS)...."[101]

134.    COVID-19 associated death statistics reported by the CT DPH for April 22, 2020 are reproduced below:

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,542 | 1,202 | 78% | 858 | 56% |

135.    On April 23, 2020 the US. Department of Homeland Security released a study demonstrating that heat and humidity were very effective in suppressing and eradicating the SARS-CoV-2 virus. [102]

136.    COVID-19 associated death statistics reported by the CT DPH on April 23, 2020 are reproduced below: [103]

---

[100].    https://www.niaid.nih.gov/sites/default/files/NIAID-COVID-19-Strategic-Plan-2020.pdf

[101].    *Id.*

[102].    https://www.dailysignal.com/2020/04/23/dhs-study-shows-potential-of-heat-humidity-to-kill-coronavirus/

[103].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,635 | 1,281 | 78% | 915 | 56% |

137.   COVID-19 associated death statistics reported by the CT DPH on April 25, 2020 are reproduced below: [104]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,858 | 1,472 | 79% | 1,049 | 55% |

138.   The aggregated COVID-19 related death statistics reported by the CT DPH from April 5 through April 25, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 18,807 | 14,687 | 78% | 10,451 | 55% |

139.   On April 25, 2020 the CDC reported a total of Six Hundred Fifty One (651) COVID associated deaths in Connecticut during the week of March 29, 2020 through April 25, 2020.[105]

**APRIL 26, 2020 – MAY 2, 2020**

140.   On April 26, 2020, the New York Post published an article by Dr. Scott Atlas arguing that data collected by the CDC demonstrated that lockdown polices do not work and needed to end immediately.[106]

---

[104].   *Id.*
[105].   https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[106].   https://nypost.com/2020/04/26/science-says-its-time-to-start-easing-the-coronavirus-lockdowns/

141.    COVID-19 associated death statistics reported by the CT DPH for April 6, 2020 are reproduced below:[107]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 1,923 | 1,525 | 79% | 1,091 | 57% |

142.    On April 30, 2020, Dr. Fauci proclaimed that the drug "Remdesivir" was now the gold standard for treatment of COVID-19.[108]

143.    Remdesivir is a patented anti-viral drug owned by Gilead.[109]

144.    Gilead utilized U.S. federal funding received from the NIAID in connection with procuring its patent for Remdesivir.[110]

145.    Said funding was authorized by Dr. Anthony Fauci.[111]

146.    Gilead charges private insurance company over Three Thousand Dollars for one dose of Remdesivir. [112]

---

[107].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[108].    https://portal.ct.gov/-/media/Office-of-the-Governor/News/20200430-Nursing-Homes-with-COVID19.pdf
[109].    https://www.usatoday.com/story/news/factcheck/2020/05/15/fact-check-china-doesnt-own-patent-covid-19-treatment-remdesivir/5194192002/
[110].    https://www.statnews.com/pharmalot/2020/05/08/gilead-remdesivir-covid19-coronavirus-patents/
[111].    *Id.*
[112].    https://www.cbsnews.com/news/gilead-coronavirus-treatment-remdesivir-private-insurance-cost/

147.    For comparison, generic hydroxychloroquine is generally available for approximately Thirty-Seven ($37.00) per 200 milligram dose. [113]

148.    COVID-19 associated death statistics reported by the CT DPH on April 30, 2020 are reproduced below: [114]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 2,253 | 1,808 | 80% | 1,301 | 58% |

149.    On May 1, 2020, Governor Lamont issued Executive Order No. 7HH which states, in part:

> WHEREAS, the close contact and high attendance required for an in person voting in large numbers increases the risk of transmission of COVID-19 for voters, town officials, and poll workers and will consume a significant quantity of critically needed personal protective equipment;

150.    COVID-19 associated death statistics reported by the CT DPH on May 2, 2020 are reproduced below:[115]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 2,431 | 1,961 | 81% | 1,426 | 59% |

151.    The aggregated COVID-19 related death statistics from April 5, 2020 through May 2, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 18,807 | 14,687 | 78% | 10,451 | 59% |

---

[113].    https://www.drugs.com/price-guide/hydroxychloroquine
[114].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[115].    *Id.*

152.    The CDC reported a total of Six Hundred Fifty-One (651) COVID-19 associated deaths in Connecticut during the week of March 29, 2020 through April 25, 2020.[116]

**MAY 3, 2020 – MAY 9, 2020**

153.    During a May 3, 2020 interview, Michael Levitt, professor of structural biology at the Stanford School of Medicine and the 2013 Nobel Prize winner in chemistry, opined that the data overwhelming proved that the deaths caused by the lockdowns will exceed any saving of lives by a huge factor.[117]

154.    COVID-19 associated death statistics reported by the CT DPH on May 3, 2020 are reproduced below: [118]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
| --- | --- | --- | --- | --- |
| 2,553 | 2,057 | 81% | 1,499 | 59% |

155.    On May 4, 2020, *National Geographic* published an interview with Dr. Fauci in which he argues that the novel coronavirus virus was naturally occurring and dismissed claims that SARS-CoV-2 was engineered in a labratory. [119]

---

[116].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[117].    https://thewashingtonsentinel.com/nobel-prize-winning-scientist-says-data-shows-covid-19-lockdowns-is-an-overreaction/
[118].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[119].    https://www.nationalgeographic.com/science/2020/05/anthony-fauci-no-scientific-evidence-the-coronavirus-was-made-in-a-chinese-lab-cvd/

156.    In this *National Geographic* interview Dr. Fauci also opined that people should be wearing masks on beaches if there were as few as thirty or forty people on the beach at one time.[120]

157.    On May 6, 2020 the U.S. Senate Committee on Homeland Security & Governmental Affairs held a hearing on COVID-19 and took expert testimony from, Dr. David L. Katz, Dr. John P.A. Ioannidis, Dr. Scott Atlas, Dr. Pierre Kory, and Dr. Tom Inglesby, among others.[121]

158.    Dr. Katz provided written testimony to the Senate Committee asserting: (1) Lockdown policies should be abandoned in favor of protecting the most vulnerable while phasing back in opening the economy for those not in risk; and (2) Obtaining "herd immunity" was the proper strategy for combatting the virus. [122]

159.    Dr. Ioannidis also submitted written testimony to the Senate Committee in which he opined that: (1) Asymptomatic or mildly symptomatic infections of COVID-19 are very common; (2) The number of people infected is far than the cases than the reported statistics show; and (3) Effects of COVID-19 can only be speculated with mathematical models, but the models predictions were massively overstated.[123]

---

120.    *Id.*
121.    https://www.hsgac.senate.gov/covid-19-how-new-information-should-drive-policy
122.    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Katz-2020-05-06.pdf
123.    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Ioannidis-2020-05-06.pdf

160.    The written testimony submitted by Dr. Atlas to the Senate Committee argued that scientific studies have established that total isolation prevents broad population immunity and therefore prolongs the problem. [124]

161.    Dr. Atlas also condemned the media for spreading misinformation about SARS-CoV-2 (COVID-19). [125]

162.    Dr. Pierre Kory's written testimony highlighted three critical factors that he and his colleagues felt were contributing to the COVID-19 crisis: [126]

1) The fact that nearly all national and international health societies such as the WHO, CDC, ACP, ATS, and many others have issued treatment recommendations focusing almost solely on "supportive care only" strategies, things like Tylenol for fever, gentle hydration/nutrition then oxygen or a ventilator to support breathing.. This strategy is clearly failing as evidenced by unprecedented death rates and widespread and life-threatening shortages in ventilators, ICU beds, and ICU physicians and nurses....

2) The 2nd factor is these same health societies dissemination of recommendations against the use of corticosteroids in COVID-19. We want to immediately call the worlds attention to this tragic error, based on the following emerging data...

3) The third alarming factor we have witnessed, many of us firsthand, is the increasingly widespread insistence within institution, medical journals, and health societies that any proposed medical therapies for COVID-19 only be given to patients who participate in clinical trials. We are aware of instances whereby "restrictions" were proposed and placed against commonly used FDA approved medicines if used off-label in COVID-19, a practice that all doctors do every day.

---

[124].    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Atlas-2020-05-06.pdf
[125].    *Id.*
[126].    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Kory-2020-05-06-REVISED.pdf

163.    Dr. Kory's written testimony concluded by declaring that he and his colleagues

had made extensive efforts to widely disseminate their protocol for treating COVID-19 patients,

stating: [127]

> In fact, we know that it reached the White House for review on at least two, and
> soon to be three, occasions — the first a month ago via a member of Jared
> Kushner's COVID response team. We understand that it generated considerable
> interest until supposedly the N.I.H. and C.D.C. pushed back against it, instead
> seemingly favoring antiviral and vaccine therapy.

164.    The only expert witness who testified before the Senate Committee and advocated

continued use of lockdowns and other related draconian policies, was Doctor Tom Inglesby

from the John Hopkin's Bloomberg School of Public Health. [128]

165.    Dr. Inglesby's written testimony opined that it was not safe to reopen the economy

unless and until the benchmarks outlined in the "Opening up America Again" guidelines

published by the Coronavirus Task Force, were satisfied. [129]

166.    Dr. Inglesby's testimony to Senate Committee directly contradicts all of his prior

statements concerning the use of lockdowns as a policy response to a pandemic. [130]

---

[127].    *Id.*
[128].    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Inglesby-2020-05-06.pdf
[129].    *Id.*
[130].    Berenson, Alex (2020), UNREPORTED TRUTHS ABOUT COVID-19 AND LOCKDOWNS: PART 2: UPDATE AND EXAMINATION OF LOCKDOWNS AS A STRATEGY (Kindle), Dover Publishing 2020, pp. 22-24.

167.    In fact, as recent as January 23, 2020, Dr. Inglesby tweeted: "Large scale quarantine for nCoV[the novel coronavirus] will be ineffective and could have big negative consequences." [131]

168.    Dr. Tom Inglesby was one of the "exercise team members" for "Event 201," a "pandemic tabletop exercise" financed and put on by The Gates Foundation and Johns Hopkins University in October of 2019.[132]

169.    Dr. Tom Ingelsby is the Director of the IHME Model at Washington University which is also funded by the Bill & Melinda Gates Foundation.[133] [134]

170.    On May 7, 2020, the CT DPH issued CT BLAST FAX 2020-51 regarding "Re-launching of the LTCF COID-19 Daily Reporting System" taking effect on May 8, 2020.

171.    CT BLAST FAX 2020-51 defines a "presumptive case" of COVID-19 as follows:

> A presumptive case. This means that you presume the resident to have COVID-19 based on symptoms. Other likely causes have been ruled out. Usually a presumed case has not been tested for the virus that causes COVID-19. However, in some cases a resident that has a negative test may be considered a presumptive case.

172.    COVID-19 associated death statistics reported by the CT DPH on May 7, 2020 are reproduced below:[135]

---

[131].    https://twitter.com/t_inglesby/status/1220335490374742017
[132].    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Inglesby-2020-05-06.pdf
[133].    www.healthdata.org/about/director-statement
[134].    https://www.gatesfoundation.org/media-center/press-releases/2017/01/ihme-announcement
[135].    *Id.*

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 2,871 | 2,329 | 81% | 1,699 | 59% |

173.   During a May 8, 2020 interview on Fox News' *Tucker Carlson Tonight*, Marty Makary, Professor of Public Health at John's Hopkins University, made the following observation regarding Dr. Fauci and his advocacy for a public policy of lockdowns in response to COVID-19: [136]

> "[Dr. Fauci] missed this one. For two months from January 15th when we had our first case confirmed walking around in the United States on U.S. soil until March 15th, with the country latching on to every word he says, he never once prepared this country with anything beyond simple hygiene and basic virology lessons. He went on the media every day, on every show. Never one did we hear, let's get ready with more PPE. Let's build up our stockpiles. Let's stop nonessential travel. Let's get more swabs. Let's build up capacity with reagents and testing."

174.   On May 9, 2020, White House coronavirus taskforce member, Dr. Deborah Birx, asserted that the CDC is overreporting deaths by Twenty-Five (25%) Percent. [137]

175.   Dr. Birx further stated that there is "nothing from the CDC that she can trust.[138]

176.   COVID-19 associated death statistics reported by the CT DPH on May 9, 2020 are reproduced below: [139]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|

[136].   https://video.foxnews.com/v/6152928719001#sp=show-clips
[137].   https://www.washingtonexaminer.com/news/nothing-from-the-cdc-that-i-can-trust-birx-reportedly-casts-doubt-on-coronavirus-figures; https://www.dailywire.com/news/dr-birx-nothing-from-cdc-i-can-trust
[138].   *Id.*
[139].   https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

| 2,962 | 2,414 | 81% | 1,758 | 59% |
|---|---|---|---|---|

177.    The aggregated CT DPH COVID-19 related death statistics from April 5 through

May 9, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 53,509 | 42,513 | 79% | 30,695 | 57% |

178.    The CDC reported a total of Four Hundred Thirty-Eight (438) COVID-19

associated deaths in Connecticut for the week of April 5, 2020 through May 9, 2020.[140]

**MAY 10, 2020 – MAY 16, 2020**

179.    On May 15, 2020, Colorado's Department of Public Health formally amended

how it reported COVID-19 associated deaths which reduced the official number of reported

COVID-19 deaths in the state of Colorado by approximately Twenty Five (25%) Percent. The

Denver Post reported that "the change came after Colorado's Department of Public Health

admitted that its COVID-19 death toll was counting those who tested positive for the

coronavirus but had died of other causes." [141]

---

[140].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[141].    https://www.denverpost.com/2020/05/15/colorado-covid-coronavirus-counting-deaths-fatalities/ ; https://thehill.com/homenews/state-watch/498142-colorado-lowers-coronavirus-death-count-from-more-than-1k-to-878

180.    COVID-19 associated death statistics reported by the CT DPH on May 16, 2020 are reproduced below: [142]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 3,408 | 2,765 | 81% | 2,032 | 59% |

181.    The aggregated COVID-19 related death statistics reported by the CT DPH from April 5 through May 16, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 75,934 | 60,714 | 80% | 44,025 | 5% |

182.    The CDC reported a total of Three Hundred Sixty-Eight (368) COVID-19 associated deaths in Connecticut during the week of March 29, 2020 through April 25, 2020.[143]

**MAY 17, 2020 – MAY 23, 2020**

183.    On May 18, 2020, the White House sent a letter to Dr. Tedros, director of the WHO, threatening that the United States would formally withdraw from the WHO if Director Tedros did not answer address issues concerning the WHO's response to the COVID-19 pandemic and the appearance that the WHO was acting as an extension of the communist Chinese government. [144]

---

[142].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[143].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[144].    https://www.rfi.fr/en/international/20200519-trump-gives-who-30-days-to-improve-itself-or-lose-us-funding-for-good-us-ultimatum-world-health-organisation-coronavirus-covid-19

184.    On May 18, 2020, Governor Lamont issued Executive Order No. 7PP which states,

in part:

WHEREAS, the state has reviewed best health practices for each business sector that is reopening and has developed rules that businesses and other entities that are reopening must follow to limit the transmission of COVID-19; and

WHEREAS, state police and municipal police may enforce violations of outdoors issued pursuant to a civil preparedness or public health emergency and there is a public health need to add additional enforcement capabilities;

185.    COVID-19 associated death statistics reported by the CT DPH on May 18, 2020

are reproduced below: [145]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 3,444 | 2,817 | 82% | 2,068 | 60% |

186.    On May 20, 2020, Governor Lamont issued Executive Order No. 7PP which states,

in part:

WHEREAS, public health experts have indicated that persons infected with COVID-19 may not show symptoms, and transmission or "shedding" of the coronavirus that causes COVID-19 may be most virulent before a person shows any symptoms; and

WHEREAS, the CDC has recommended that people with mild symptoms consistent with COVID-19 be assumed to be infected with the disease; and

WHEREAS, public health experts have recommended that, to prevent transmission of COVID-19, and in light of the risk asymptomatic transmission and a significant rate of false negative tests,

---

[145].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

187.    COVID-19 associated death statistics reported by the CT DPH on May 21, 2020 are reproduced below:

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 3,636 | 2,949 | 81% | 2,162 | 59% |

188.    On May 22, 2020 the CDC had admitted publicly that the agency had mixed up the coronavirus testing data.[146]

189.    On May 22, 2020, *The Lancet* published a study by three researchers, headed by Sapan Desai which concluded that: (1) hydroxychloroquine is ineffective as a treatment for COVID-19; and (2) hydroxychloroquine could cause harmful side effects ("The Desai Hydroxychloroquine Study").[147]

190.    During a May 22, 2020 interview on CNBC's *Halftime Report,* Dr. Fauci stated:[148]

I don't want people to think that any of us feel that staying locked down for a prolonged period of time is the way to go….I don't want people to think that any of us feel that staying locked down for a prolonged period of time is the way to go," and its "time to reopen the country.

191.    COVID-19 associated death statistics reported by the CT DPH on May 23, 2020 are reproduced below: [149]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 3,692 | 3,000 | 81% | 2,200 | 60% |

---

[146].    https://thehill.com/policy/healthcare/499085-cdc-acknowledges-mixing-up-coronavirus-testing-data
[147].    https://ahrp.org/the-lancet-published-a-fraudulent-study-editor-calls-it-department-of-error/
[148].    https://www.cnbc.com/2020/05/22/dr-anthony-fauci-says-staying-closed-for-too-long-could-cause-irreparable-damage.html
[149].    *Id.*

192.    The aggregated CT DPH COVID-19 related death statistics reported by the CT

DPH from April 5 through May 23, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 53,509 | 42,513 | 79% | 30,695 | 57% |

193.    On May 23, 2020 the CDC reported a total of Two Hundred Sixty One (261)

COVID-19 associated deaths in Connecticut for the week of April 5, 2020 through May 23,

2020.[150]

**MAY 24, 2020 – MAY 30, 2020**

194.    On May 26, 2020, the health and science journal *medRxiv* published a study which

found that the IMHE Model overestimated deaths by Seventy Six (76%) percent. [151]

195.    COVID-19 associated death statistics reported by the CT DPH on May 26, 2020

are reproduced below: [152]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 3,802 | 3,092 | 81% | 2,276 | 59% |

---

[150].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[151].    https://www.medrxiv.org/content/10.1101/2020.04.11.20062257v1
https://www.sydney.edu.au/content/dam/corporate/documents/centre-for-translational-data-sience/statistical_accuracy_covid19_predictions_ihme_model.pdf
[152].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

196.    During a May 27, 2020 interview with Jim Sciutto on CNN's *Newsroom*, Dr.

Fauci admitted that he wears a mask as a symbol of "what you're supposed to do." [153]

197.    During this interview on CNN, Dr. Fauci also claimed that hydroxychloroquine is

not an effective treatment for the coronavirus, commenting that "the scientific data is really

quite evident now about the lack of efficacy." [154]

198.    COVID-19 associated death statistics reported by the CT DPH on May 30, 2020

are reproduced below: [155]

| Total No. of Daily Deaths | Daily Deaths over 70 | % | Daily Deaths over 80 | % |
|---|---|---|---|---|
| 3,943 | 3,212 | 81% | 2,369 | 60% |

199.    The aggregated CT DPH COVID-19 related death statistics from April 5 through

May 30, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 127,835 | 102,884 | 80% | 75,033 | 59% |

200.    The CDC reported a total of One Hundred Ninety-Six (196) COVID-19 associated

deaths in Connecticut during the week of May 23, 2020 through May 30 2020.[156]

---

[153].     https://www.cnn.com/2020/05/27/politics/fauci-coronavirus-wear-masks-cnntv/index.html
[154].     https://www.cnn.com/2020/05/27/politics/anthony-fauci-hydroxychloroquine-trump-cnntv/index.html
[155].     *Id.*
[156].     https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

**MAY 31, 2020 - JUNE 6, 2020**

201.    On June 1, 2020, the CT DPH implemented a new COVID-19 data reporting policy whereby it would separate COVID-19 associated deaths into two subsets: (1) Confirmed COVID-19 associated deaths; and (2) Probable COVID-19 associated deaths. [157]

202.    COVID-19 associated death statistics reported by the CT DPH on June 1, 2020 are reproduced below: [158]

| No. of Deaths (Daily Total) | Confirmed COVID Deaths (Daily Total) | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 3,971 | 3,139 | 2,525 | 80% | 2,391 | 58% |

203.    On June 4, 2020, The Lancet retracted the "Desai Hydroxychloroquine Study" after several concerns regarding the veracity of the underlying data were raised and publishers of the study refused to make the data available for an independent audit.[159]

204.    COVID-19 associated death statistics reported by the CT DPH on June 6, 2020 are reproduced below: [160]

| No. of Deaths (Daily Total) | Confirmed COVID Deaths (Daily Total) | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,071 | 3,239 | 2,607 | 80% | 1,888 | 58% |

---

[157].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[158].    *Id.*
[159].    https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)31180-6/fulltext;
[160].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

205.    The aggregated CT DPH COVID-19 related death statistics from April 5, 2020 through June 6, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 150,055 | 120,767 | 80% | 87,977 | 59% |

206.    The CDC reported a total of One Hundred (100) COVID-19 associated deaths in Connecticut for the week of April 5, 2020 through June 6, 2020.[161]

**JUNE 7, 2020 – JUNE 13, 2020**

207.    During a June 9, 2020 interview on CNN, Dr. Fauci proclaimed that the world was going to require a COVID-19 vaccine in order to properly respond to the COVID-19 pandemic: "We're going to need vaccines for the entire world – billions and billions of doses." [162]

208.    On the June 10, 2020, Dr. Fauci appeared on ABC's *Good Morning America* and made the following statement regarding use of cloth face masks: "Masks can help, but it's masks plus physical separation." [163]

209.    In said interview Dr. Fauci also stated, "You still should be wearing a mask. You still should be trying as best as possible to have that physical distancing." [164]

---

[161].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[162].    https://lite.cnn.com/en/article/h_e5473424ece529d9d1ca4a40f753627d
[163].    https://abcnews.go.com/US/dr-fauci-voices-concerns-coronavirus-spreading-amid-nationwide/story?id=71171103
[164].    *Id.*

210.    COVID-19 associated death statistics reported by the CT DPH on June 10, 2020 are reproduced below: [165]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,145 | 3,308 | 2,667 | 81% | 1,936 | 59% |

211.    COVID-19 associated death statistics reported by the CT DPH on June 13, 2020 are reproduced below: [166]

| No. of Deaths (Daily Total) | Confirmed COVID Deaths (Daily Total) | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,201 | 3,308 | 2,667 | 81% | 1,936 | 59% |

212.    The aggregated CT DPH COVID-19 related death statistics from April 5 through June 10, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 176,525 | 139,404 | 81% | 101,501 | 59% |

213.    The CDC reported a total of Sixty Two (62) CVOID-19 associated deaths in Connecticut for the week of April 5, 2020 through June 6, 2020.[167]

---

[165]    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[166]    *Id.*

[167]    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

**JUNE 14, 2020 – JUNE 20, 2020**

214.    COVID-19 associated death statistics reported by the CT DPH for June 20, 2020

are reproduced below: [168]

| Total Deaths Reported | Confirmed COVID Deaths (Daily Total) | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,260 | 3,401 | 2,747 | 81% | 1,982 | 58% |

215.    The aggregated CT DPH COVID-19 related death statistics from April 5 through

June 20, 2020 are set forth below:

| Total # of Deaths (to date) | Deaths Over 70 (to date) | % | Deaths Over 80 (to date) | % |
|---|---|---|---|---|
| 196,818 | 158,490 | 81% | 115,306 | 59% |

216.    The CDC reported a total of Twenty-Five (25) COVID-19 associated deaths in

Connecticut for the week of April 5, 2020 through June 20, 2020.[169]

**JUNE 21, 2020 – JUNE 27, 2020**

217.    On June 24, 2020, Governor Lamont issued Executive Order No. 7BBB which

states, in

> WHEREAS, the cooperation and diligence of the people of Connecticut has
> successfully slowed the transmission of COVID-19; and

> WHEREAS, Connecticut has gone from having one of the highest infection rates to
> one of the lowest in the country and is one of only a few states reported to be
> successfully limiting transmission of COVID-19

---

[168].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf
[169].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

WHEREAS out State has undertaken a cautious, incremental and evidence -based approach to reopening its economy and other activities while other states that may have taken a less cautious approach are experiencing an increased prevalence of COVID-19; and

Connecticut must remain diligent and work in conjunction with its neighboring states of New Jersey and New York, as well as any other states who wish to collaborate, to mitigate the significant risk posed to the health and welfare of all residents by the further spread of COVID-19 the tristate area, to protect the progress made; and

218.    Paragraph 1 of Executive Order No. BBB provides:

1. Self-Quarantine by Travelers from States Experiencing High Infection Rates. The Commissioner of the Department of Public Health shall issue a travel advisory, effective at 12:01 a.m. on June 25, 2020, which shall be communicated widely at all major points of entry into Connecticut, including on highway message boards and in all Connecticut airports, that: All travelers entering Connecticut from a state with a positive test rate higher than 10 per 100,000 residents, or higher than a 10% test positivity rate over a seven-day rolling average, shall self-quarantine for a period of 14 days. The Commissioner may issue additional protocols for essential workers, or for other extraordinary circumstances, when a quarantine is not possible, provided such measures continue to safeguard the public health. The criteria and protocols will be coordinated with New York and New Jersey in order to ensure that the tri-state area is protected from community transmission of COVID-19, while permitting free travel between and among the states.

219.    COVID-19 associated death statistics reported by the CT DPH on June 24, 2020 are reproduced below: [170]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,286 | 3,434 | 2,774 | 81% | 2,002 | 58% |

---

[170]    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

220.    On June 25, 2020, Governor Lamont issued Executive Order No. 7CCC which

states, in

> WHEREAS, as a result of the continued state of emergency and continued need to
> limit in-person interactions and keep emergency services personnel focused on
> critical public safety needs, and additional extension of time is warranted;

221.    Speaking to Anderson Cooper and Dr. Sanjay Gupta during a June 25, 2020

coronavirus town hall on CNN, Bill Gates stated that he talks with Dr. Fauci "regularly." [171]

222.    COVID-19 associated death statistics reported by the CT DPH for June 25, 2020

are reproduced below: [172]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,305 | 3,340 | 2,779 | 81% | 2,006 | 58% |

223.    On June 26, 2020, Yale University published a study confirming that ultraviolet

(UV) light is very efficient in killing COVID-19. [173]

---

[171].    https://www.cnn.com/world/live-news/coronavirus-pandemic-06-25-20-intl/h_1c218bec136ff736d3bcae785a28d2eb

[172].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[173].    https://www.livescience.com/uv-light-kill-coronavirus.html ;https://www.medrxiv.org/content/10.1101/2020.05.31.20118588v3.full.pdf )

224.     During a June 27, 2020 press conference with U.S. Senator Doug Jones, Dr. Fauci stated that, "it's a false narrative to take comfort in a lower rate of date" from the coronavirus in the U.S. [174]

225.     In an interview on June 27, 2020, Dr. John Ioannidis excoriated the lockdown policies pursued by various United States lawmakers as completely lacking any scientific basis whatsoever.[175]

226.     COVID-19 associated death statistics reported by the CT DPH on June 27, 2020 are reproduced below: [176]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,316 | 3,448 | 2,783 | 81% | 2,010 | 58% |

227.     The aggregate CT DPH COVID-19 statistics aggregated from April 5, 2020 through June 27, 2020 are set forth below:

| Aggregate # of Confirmed COVID-19 Deaths (total to date) | # Deaths Over 70 (total to date) | % | # Deaths Over 80 (total to date) | % |
|---|---|---|---|---|
| 220,823 | 177,879 | 81% | 129,300 | 59% |

---

[174].     https://www.axios.com/fauci-coronavirus-death-rate-c763343d-15d2-4bef-bd7f-38109926c229.html ; https://dailycaller.com/2020/07/08/fauci-lower-coronavirus-death-rate-false-narrative/
[175].     https://usa.greekreporter.com/2020/06/27/up-to-300-million-people-may-be-infected-by-covid-19-stanford-guru-john-ioannidis-says/ ; https://www.washingtonexaminer.com/news/stanford-doctor-coronavirus-infection-fatality-rate-for-people-under-45-almost-0
[176].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

228.     The CDC reported a total of Twenty One (21) COVID-19 associated deaths in Connecticut during the week of April 5, 2020 through June 27, 2020.[177]

**JUNE 28, 2020 – JULY 4, 2020**

229.     On July 2,2020, Ford Health System published a study demonstrating that using hydroxychloroquine to treat COVID-19 patients reduced deaths by fifty (50%). [178]

230.     COVID-19 associated death statistics reported by the CT DPH on July 2, 2020 are reproduced below: [179]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,335 | 3,463 | 2,794 | 81% | 2,017 | 58% |

231.     The aggregate CT DPH COVID-19 statistics aggregated from April 5, 2020 through July 2, 2020 are set forth below:

| Aggregate # of Confirmed COVID-19 Deaths (total to date) | # Deaths Over 70 (total to date) | % | # Deaths Over 80 (total to date) | % |
|---|---|---|---|---|
| 238,106 | 191,821 | 81% | 139,368 | 59% |

---

[177].     https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[178].     https://www.henryford.com/news/2020/07/hydro-treatment-study
[179].     https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

**JULY 5, 2020 – JULY 11, 2020**

232.    On July 25, 2020, Dr. Harvey A Risch, Professor of epidemiology at Yale School for Public Health published an article in Newsweek claiming that that hydroxychloroquine is the key to defeating COVID-19.[180]

233.    On July 7, 2020, the United States formally withdrew from the World Health Organization after Director Tedros failed to respond to the May 18th Letter from the White House. [181]

234.    COVID-19 associated death statistics reported by the CT DPH for July 7, 2020 are reproduced below: [182]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,343 | 3,471 | 2,801 | 81% | 2,023 | 58% |

235.    COVID-19 associated death statistics reported by the CT DPH on July 9, 2020 are reproduced below: [183]

| Total Reported # of COVID Deaths | Total Confirmed # of COVID Deaths | Confirmed Deaths 70+ | % | Confirmed Deaths 80+ | % |
|---|---|---|---|---|---|
| 4,348 | 3,476 | 2,804 | 81% | 2,025 | 58% |

---

[180].    https://justthenews.com/politics-policy/coronavirus/yale-epidemiologist-says-hydroxychloroquine-key-defeating-covid-19

[181].    https://thehill.com/homenews/administration/506214-trump-administration-formally-withdraws-us-from-WHO-

[182].    https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg; https://data.ct.gov/Health-and-Human-Services/COVID-19-Cases-and-Deaths-by-Age-Group/ypz6-8qyf

[183].    *Id.*

236.    The aggregate CT DPH COVID-19 statistics aggregated from April 5, 2020 through July 9, 2020 are set forth below:

| Aggregate # of Confirmed COVID-19 Deaths (total to date) | # Deaths Over 70 (total to date) | % | # Deaths Over 80 (total to date) | % |
|---|---|---|---|---|
| 255,461 | 205,824 | 81% | 149,517 | 59% |

237.    The CDC reported a total of Zero (0) COVID-19 associated deaths in Connecticut during the week of July 5, 2020 through July 11, 2020.[184]

**JULY 19, 2020 – JULY 31, 2020**

238.    On July 20, 2020 it was discovered that 90 out of 144 people – or sixty-three percent (63%) - tested for COVID-19 between June 15 and July 17, 2020 received a false positive COVID test report from a single Laboratory operated by the State of Connecticut.[185]

239.    The CDC reported a total of Zero (0) COVID-19 associated deaths in Connecticut during the week of July 19, 2020 through July 25, 2020.[186]

---

[184].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data
[185].    https://www.wtnh.com/news/health/coronavirus/state-public-health-lab-discovered-false-positive-covid-19-test-results/#/questions
[186].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

240.    On July 21, 2020, a local Fox affiliate in Orlando Florida reported that a large number of false positive COVID-19 test results were being reported by the Florida Department of Health. [187]

241.    On July 21, 2020 a team of doctors and researchers published a study entitled *Seroprevalence of Antibodies to SARS-CoV-2 in 10 Sites in the United States, March 23-May 12, 2020* demonstrating that the vast majority of people have some level of  T-Cell cross immunity to SARS-CoV-2 as a result of prior exposure to other coronavirus.[188]

242.    On July 27, 2020, Dr. Fauci was photographed not wearing a mask and not socially distancing while in the stands at the New York Yankees vs. Washington Nationals baseball game the prior night.  [189]

### IV.    THE EMPERICAL DATA ESTABLISHES THAT GOVENOR LAMONT'S "PUBLIC HEALTH EMERGENCY" DECLARATION IS VOID *AB INITIO*

243.    The data published by CDC on July 31, 2020 evidences that there has been a grand total of Four Thousand Thirty-Three (4,033) COVID-19 associated deaths in Connecticut between March 10, 2020 and July 31, 2020. [190]

---

[187].    https://www.fox13news.com/news/florida-to-investigate-alleged-covid-test-result-mix-ups?fbclid=IwAR0CV8FXFNlqiS0eyHqQvqRcQXyIUEwu-c7bEAR7xem4mHj-DAjYhAZ5-8k

[188].https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2768834?appid=scweb&appid=scweb&alert=article

[189].    https://nypost.com/2020/07/24/anthony-fauci-denies-hypocrisy-after-watching-game-without-mask/

[190].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data

244.    The COVID-19 statistics reported by the CT DPH are entirely inconsistent with the CDC's statistics

245.    As of July 9, 2020, the CT DPH reported 4,348 COVID-19 associated death, and of those, only 3,476 were "confirmed" deaths associated with COVID-19.[191]

246.    What's more, the CDC's data evidences there have been zero (0) COVID-19 associated deaths in Connecticut since June 28, 2020. [192]

247.    In fact, the CT DPH data establishes that when Governor Lamont declared the COVID-19 "public health emergency" on March 10, 2020, there was not a single reported case of COVID-19 in the state of Connecticut.[193]

248.    The COVID-19 related data reported by the CT DPH reveals the following:

a)  Eighty-One (81%) Percent, or 3,266 of the 4,033 COVID-19 associated deaths in Connecticut, have been individuals seventy (70) years old and above;

b)  Fifty-Nine (59%) Percent, or 2,374 of the 4,033 COVID-19 associated deaths in Connecticut, have been individuals eighty (80) years old and above;

c)  Thus, only nineteen percent (19%) Percent, or 767 of the 4,033 total COVID-19 associated deaths in Connecticut were individuals sixty-nine (69) or younger.

---

[191].    See ¶¶ 234-235.
[192].    *Id.* (Based upon CDC data published July 31, 2020).
[193].    https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab/data; https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg;

249.    The population of Connecticut is approximately 3.57 million (3,570,000) people.[194]

250.    The percentage of COVID-19 associated deaths in Connecticut between March 10, 2020 and July 31, 2020 is equivalent to one tenth of one percent (.1% or .001) of the population. [195]

251.    Accordingly, for individuals sixty-nine (69) years old or younger, the percentage of COVID-19 associated deaths is two one hundredths of one percent (.02% or .0002) of the population. [196]

252.    When the total COVID-19 associated deaths in Connecticut are adjusted downward by twenty-five percent (25%) – in accordance with Dr. Birx's comments on May 9, 2020 – the total COVID-19 associated deaths in Connecticut during the purported pandemic is reduced to a total of 3,024 people.

253.    When the total number of COVID-19 associated deaths for individuals sixty-nine (69) years old or younger, is adjusted downward twenty five percent (25%), it results in only 575 COVID-19 associated deaths for individuals 69 years old or younger during the entire "pandemic."

---

[194].    https://portal.ct.gov/DPH/Health-Information-Systems--Reporting/Population/Population-Statistics
[195].    (Covid-19 associated deaths) / (CT Population) = (4,033) / (3,570,000) = .00113
[196].    (767) / (3,570,000) = .000215

254.    According to the CDC's COVID-19 data, the median age of all COVID-19 associated deaths in the United States is Seventy-Eight (78) years old.[197]

255.    Seventy-Eight (78) is also the average life expectancy for adults living in the United States. [198]

256.    Consequently, the data reported by the CT DPH and CDC evidences that COVID-19 presents a health risk to 99.98% of the population which is on par with the common cold. [199]

257.    According to the CDC, a disease outbreak qualifies as an "epidemic" when the number of weekly deaths caused by the disease exceeds a certain percentage of overall deaths.[200]

258.    According to the CDC, this threshold percentage date rate for COVID-19 is on par with other respiratory diseases such as influenza or pneumonia, and typically fluctuates, ranging from 5 to 7 percent (5-7%) at the height of flu season. [201]

259.    As such, according to the CT DPH data, there has never been sufficient number of COVID-19 associated deaths in Connecticut to meet the threshold definition of an epidemic as weekly deaths in Connecticut due to COVID-19 has never reached the threshold of Five to Seven Percent (5-7%).

---

[197].    *Id.*
[198].    https://www.cdc.gov/coronavirus/2019-ncov/testing/serology-overview.html
[199].    https://www.cdc.gov/coronavirus/2019-ncov/testing/serology-overview.html
[200].    https://pjmedia.com/news-and-politics/matt-margolis/2020/07/06/covid-19-may-soon-lose-status-as-an-epidemic-under-cdc-guidelines-n609729
[201].    https://www.cdc.gov/csels/dsepd/ss1978/lesson1/section11.html

260.     By adopting the CDC's definition of a "COVID-19 associated death" so that it conflates individuals who died *from* COVID-19, with those individuals who merely died *with* COVID-19, the Defendants cannot prove that 4,033 people in Connecticut have died from COVID-19. In fact, the Defendants cannot prove that there has even been one single death in Connecticut caused by COVID-19.

261.     Furthermore, using the data from the CT DPH and *Bayes' Theorem*, the Plaintiff has calculated that there is only a probability of .0158 that a person who tests positive for COVID-19 in Connecticut actually has an active case of COVID-19. In other words, if someone tests positive for COVID-19 in Connecticut, there is only a 1.58% chance that the individual actually has an active case of COVID-19. [202]

262.     Therefore, these calculations demonstrate that the Defendants cannot even prove that the disease COVID-19 even still exists in Connecticut.

## V.     ADDITIONAL FACTS SUPPORTING COSPIRACY

263.     Dr. Fauci repeatedly lied about the efficacy of facemasks in mitigating the transmission of the novel coronavirus.

264.     "Coronaviruses range in size from .065 and 65 to 125 nm (nanometers) in diameter. [203]

---

[202].     See *Exhibit A* attached hereto and made part hereof.

[203].     https://www.sciencedirect.com/science/article/pii/S2090123220300540

265.    The space between the weaving of the fibers in an N95 mask is .3 microns (micrometers). [204]

266.    This means the space between the weaving of the fibers in the N95 mask – the space in which matter particles such as bacteria or virus can potentially traverse - is double the size of the coronavirus itself. [205]

267.    The space between the fibers of a typical "cloth mask" is approximately fifty times (50x) larger than an N95 Mask.[206]

268.    Dr. Scott Jensen, a sitting member of the Minnesota state legislature put the disparity in size this way:

> Presently studies reveal that COVID-19 particles require an electron microscope to be seen and are readily transmitted through cotton and surgical masks…Surgical and cotton masks can filter particle sizes of 5 microns or more. COVID-19 particles are 50 times smaller. [207]

269.    According to the CDC's website: "A cloth face covering _may not_ protect the wearer, but it _may_ keep the wearer from spreading the virus to others." [208]

270.    Furthermore, a 2015 study established a connection between prolonged use of cloth facemasks and an assortment of negative health consequences.[209]

---

[204]    https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6599448/pdf/peerj-07-7142.pdf
[205]  .  https://alphanewsmn.com/minnesota-senator-masks-dont-stop-coronavirus/
[206]  .  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7185834/pdf/nn0c03252.pdf
[207]  .  https://alphanewsmn.com/minnesota-senator-masks-dont-stop-coronavirus/
[208]  .  https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/about-face-coverings.html
[209]  .  https://www.sciencedaily.com/releases/2015/04/150422121724.htm

271.    The authors of said study ultimately concluded that cloth face masks should never be used as a public health policy measure. [210]

272.    One such negative health consequence of the wearing a cloth coverings is that it exposes the wearer to high levels of carbon dioxide ($CO_2$) and, as a result, decrease the wearer's blood oxygen levels. [211]

273.    Several studies attempting to prove cloth masks do not have negative health consequences have been retracted. [212]

274.    In fact, a recent study from Duke University published in Science Advances demonstrated that prolonged use of face masks results in buildup of bacteria, viruses and other microbes which, in turn, actually increases the probability of a positive COVID-19. [213]

275.    Accordingly, there is significant evidence that the prolonged use of face coverings actually increases the probability of testing positive for COVID-19.

276.    This is also consistent with the CDC's own statements concerning how the COVID-19 test kits work.

---

[210]    .    *Id.*
[211]    .    *Id.;*   https://www.bmj.com/content/bmj/369/bmj.m2003.full.pdf;
https://www.technocracy.news/blaylock-face-masks-pose-serious-risks-to-the-healthy/
[212]    .    https://www.acpjournals.org/doi/10.7326/L20-0745
[213] .https://advances.sciencemag.org/content/advances/early/2020/08/07/sciadv.abd3083.full.pdf

277.   The CDC's website states that the COVID-19 test kits do not just detect the presence of the SARS-CoV-2 (COVID-19) virus, the test kits also detect the presence many types of bacteria and viruses such as the common cold.[214]

278.   Accordingly, the COVID-19 tests will produce a false positive if it detects a sufficient viral load caused by the individual inhaling the bacteria and viruses that builds up while wearing a face mask. [215]

279.   Dr. Fauci repeatedly lied about the efficacy of chloroquine and hydroxychloroquine in treating SARS-CoV-2 (COVID-19).

280.   In 2005 there was an outbreak of SARS coronavirus (SARS-CoV) in the United States. [216]

281.   At that time, Dr. Fauci was the director of the NIAID.

282.   On August 22, 2005, the NIH published a study in Virology Journal concluding that chloroquine was an effective treatment against SARS-CoV. [217]

283.   In 2013, Dr. Fauci approved hydroxychloroquine for treatment of MERS (MER-CoV), a coronavirus very closely related to SARS-CoV-2 (COVID-19).   [218]

284.   Dr. Fauci lied about the origins of COVID-19.

---

[214].   https://www.cdc.gov/coronavirus/2019-ncov/testing/serology-overview.html
[215].   *Id.*
[216].   https://pubmed.ncbi.nlm.nih.gov/16115318/ ;
https://virologyj.biomedcentral.com/articles/10.1186/1743-422X-2-69
[217].   *Id.*
[218]. https://www.usatoday.com/story/news/politics/2020/04/06/coronavirus-trump-interrupts-fauci-hydroxychloroquine-question/2952931001/

285.    Dr. Fauci has repeatedly argued that SARS-CoV-2 (COVID-19) is naturally occurring and was not engineered in a laboratory.[219]

286.    For example, in May 2020, Dr. Fauci stated: [220]

If you look at the evolution of the virus in bats, and what's out there now is very, very strongly leaning toward this [virus] could not have been artificially or deliberately manipulated — the way the mutations have naturally evolved.

287.    However, the overwhelming weight of the evidence demonstrates that SARS-CoV-2 was, in fact, genetically engineered in a laboratory.

288.    Appearing on the *Joe Rogan Podcast* on June 18, 2020, renowned biologist Brett Weinstein explained that there are three particular aspects of SARS-CoV-2 (COVID-19) which evidenced that the virus was engineered in a laboratory:

i)    Furin Site: A Furin cite in the genome of [COVID-19]. Furin site are not known, doesn't mean they don't exist, but they're not known from other beta corona viruses. And this Furin cite is conspicuous. It's conspicuous in that it is in the genome as in insert rather than mutations of nucleotides that were there, it's like someone spliced it in.

ii)   Flanking Sequence. [COVID-19] has a flanking sequence. "Nucleotides, that is DNA, code four proteins…There are two arginines coded for in the genome of this virus. But because there are so many possible triplet codes and only twenty or so amino acids, there is redundancy, and so which code is used to trigger the inclusion of an arginine is variable, and the two arginine are coded for in a way that is not seen in nature in this way very frequently.so let's just say there elements of its genome that are conspicuous.

iii)  The Furin site greatly increases the transmissibility of [COVID-19].

---

[219].    https://www.washingtontimes.com/news/2020/may/5/dr-anthony-fauci-i-dont-think-theres-chance-virus-/

[220].    *Id.*

289.    This was the identical conclusion reached by former NIH scientist Judy Minkowitz: "The 'P-strand protein' ("the Spike") was manipulated – resulting in a 'quantum leap' evolution – of the virus, thereby excluding the possibility that COVID-19 was a naturally occurring zoonotic mutation." [221]

290.    Indeed, the Journal of Advanced Research published a study finding, that: [222]

[SARS-CoV-2] shows that the transmission rate of SARS-CoV-2 is higher than SARS-CoV and the reason could be genetic recombination event at S protein in the RBD region of SARS-CoV-2 may have enhanced its transmission ability.

291.    On May 18, 2020, the U.S. Department of State confirmed that the Wuhan Lab had destroyed viral samples of the novel coronavirus (SARS-CoV-2) at the time, or shortly before the outbreak started.[223]

292.    Around this time the Chinese government admitted to destroying samples of the SARS-CoV-2 (COVID-19) virus. [224]

293.    Dr. Fauci's refusal to acknowledge that SARS-CoV-2 (COVID-19) was engineered in a laboratory is explained by his own extensive financial ties to the communist Chinese government.

---

[221].    Minkowitz, Judy, et al. (2020), PLAGUE OF CORRUPTION: RESTORING FAITH IN THE PROMISE OF SCIENCE (Kindle 2020), Skyhorse Publishing 2020, pp. 8.
[222].    https://www.sciencedirect.com/science/article/pii/S2090123220300540
[223].    https://nypost.com/2020/05/15/china-admits-to-destroying-coronavirus-samples-for-safety/
[224].    Id.

294.    Prior to October 2014, the United States heavily invested into research concerning utilizing "retrovirus" as a means of biological warfare. [225]

295.    This research was performed by federal agencies such as the NIAID and NIH, or research grants awarded by these agencies. [226]

296.    "A retrovirus is a 'stealth virus' that, like HIV, enters the host without altering the immune systems. It may then lie dormant for years without causing harm. Before killing a person, a retro virus will usually destroy their immune system." [227]

297.    "The basic idea behind a stealth virus is to produce a tightly regulated, cryptic stealth virus infection, using a vector that can enter and spread in human cells, remaining resident for lengthy period without detectable harm."[228]

298.    "Gain of function research means you are taking a virus and you are adding a capacity to it in order to study how it works. And then one of the things that is done to study how it works is something called 'passaging' where a creature is infected with the virus and then virus is allowed to pass between individuals of that species. It can also be done in tissues,

---

[225].    Jacobson, Annie (2015), THE PENTAGON'S BRAIN: AN UNCENSORED HISTORY OF DARPA, AMERICA'S TOP-SECRET MILITARY RESEARCH AGENCY (Kindle), Little, Brown and Company 2015, p. 297-298.
[226].    *Id.*
[227].    Minkowitz (2020), at p. 8 (Forward by Robert F. Kennedy Jr.)
[228]    Jacobson (2015), at p. 298.

in cellular tissues, where tissues are infected and the virus is allowed to spread from one cell to the next." [229]

299.     In October 2014, the United States placed a moratorium on the funding of some, but not all, "gain-of-function" research being performed in the United States.[230]

300.     At that time the NIAID was funding the "US-China Collaborative Biomedical Research Program" (the "U.S.-China Research Program"). [231]

301.     The U.S.-China Research Program is joint biomedical research venture with the communist Chinese government concerning "various areas of cancer mental health, immunology and infectious diseases (including HIV/AIDS and its co-morbidities)." [232]

302.     On November 10, 2015, Science Daily reported on research being performed at the University of North Carolina at Chapel Hill concerning the discovery of "a new bat SARS-like virus that can jump directly from its bat hosts to humans without mutation. However, researchers point out that if the SARS-like virus did jump, it is still unclear whether it could spread from human to human." [233]

---

[229]     https://www.youtube.com/watch?v=zQLF4DUSXGs (Brett Weinstein on *The Joe Rogan Podcast*).

[230]     https://www.sciencemag.org/news/2014/10/us-halts-funding-new-risky-virus-studies-calls-voluntary-moratorium

[231] .     https://www.niaid.nih.gov/research/us-china-collaborative-biomedical-research-program

[232] .     *Id.*

[233] .     https://www.sciencedaily.com/releases/2015/11/151110115711.htm

303.     The reports of the "gain-of-function" research generated so much criticism from scientific community at large that the NIAID was ultimately forced to cease the funding of "gain-of-function" research indefinitely.[234]

304.     The NIAID, under the direction of Dr. Fauci, then transferred "gain-of function" research to China and the Wuhan Laboratory of Virology more specifically. [235]

305.     On December 19, 2017 the NIH lifted the moratorium on gain-of-function research. [236]

306.     On April 4, 2018 the NIAID published a joint study on bat coronavirus with scientists at the Wuhan Institute of Virology. [237]

307.     This April 2018 joint study with the Wuhan Lab in China was funded by the NIAID. [238]

308.     At all relevant times, including at the time of the SARS-CoV-2 (COVID-19) in Wuhan China, the NIAID was actively engaged in the U.S.-China Research Program.

---

[234].     https://www.phe.gov/s3/dualuse/Documents/gain-of-function.pdf

[235]https://asiatimes.com/2020/04/why-us-outsourced-bat-virus-research-to-wuhan/ ; https://www.foxnews.com/media/gaetz-end-nih-grant-wuhan-virology-lab

[236].     https://www.nih.gov/about-nih/who-we-are/nih-director/statements/nih-lifts-funding-pause-gain-function-research

[237].     https://www.niaid.nih.gov/news-events/new-coronavirus-emerges-bats-china-devastates-young-swine

[238].     *Id.*

309.     At the time of the SARS-CoV-2 (COVID-19) outbreak in Wuhan China, the NIAID was actively engaged in its joint biomedical research program with the Communist Chinese Government.[239]

310.     U.S.-China Research Program is currently funded through 2020. [240]

311.     Accordingly, the Wuhan Laboratory is still receiving millions of dollars in US government funding through the NIAID and NIH. [241]

312.     As of June 12, 2020, Fifty-Four (54) scientist at the NIH lost their jobs as a result of a probe into the NIH and its ties with communist China.[242]

313.     As a result, the NIH adopted new reporting requirements concerning international relationships.[243]

314.     The communist Chinese government also has deep and significant ties to Bill & Melinda Gates Foundation. Both Dr. Fauci and Dr. Birx also have significant financial ties to the Gates Foundation.

---

[239].     https://grants.nih.gov/grants/guide/rfa-files/RFA-CA-19-009.html ;
https://grants.nih.gov/grants/guide/rfa-files/RFA-AI-16-006.html
[240].     *Id.*
[241].     https://www.niaid.nih.gov/research/us-china-collaborative-biomedical-research-program
[242].     https://www.sciencemag.org/news/2020/06/fifty-four-scientists-have-lost-their-jobs-result-nih-probe-foreign-ties
[243].     https://research.wustl.edu/announcements/new-nih-guidance-on-reporting-international-relationships/

315.    For example, the Chinese government's Center for Global Public Health (CGPH) guided ten experts from Africa to the Wuhan lab and other Chinese institutions and reached a consensus on "training of bio-safety personnel." [244]

316.    According to the CGPH website: [245]

CGPH has managed and implemented foreign aid mission assigned by the National Health and Family Planning Commission and the Ministry of Commerce, as well as international cooperation projects funded by the United Kingdom Department for International Development and the Bill & Melinda Gates Foundation.

317.    The Gates Foundation is also a primary financier of The Global Fund. [246]

318.    According to The Global Funds' website: [247]

The Global Fund is an international consortium of philanthropic organizations, such as the Gates Foundation, in partnership with governments, civil society, technical agencies and the private sector and people affected by diseases.

319.    Dr. Deborah Birx is on the board of directors of The Global Fund. [248]

320.    On October 28, 2019, the NIH announced a joint venture with the Bill & Melinda Gates Foundation to invest at least $100 million over the next 4 years to develop gene-based therapies with the goal of advancing these potential cures, with an aim toward providing

---

[244] http://english.whiov.cas.cn/Exchange2016/Foreign_Visits/201811/t20181121_201447.html

[245] .    *Id.*

[246] .    https://www.theglobalfund.org/en/private-ngo-partners/resource-mobilization/bill-melinda-gates-foundation/

[247] .    https://www.theglobalfund.org/en/overview/

[248]    https://www.theglobalfund.org/en/board/members/

affordable, globally available treatment that will be accessible to patients in low-resource settings. [249]

321.   To date, the Gates Foundation has contributed $2.25 billion to the Global Fund and pledged $760 million to the Global Fund in upcoming future. [250]

322.   On July 23, 2015 an application was filed with the United States Patent and Trademark Office ("USPTO") seeking a utility patent on "a live, attenuated coronavirus" with a number of novel features enumerated with more specificity in said application." [251]

323.   On November 20, 2018, the USPTO issued Patent No. 10,130,701 to the Pirbright Institute for the invention of "a live, attenuated coronavirus" containing a number of novel features set forth with more specificity therein.[252]

324.   The Pirbright Institute is a publicly funded, private company which "receive[s] strategic funding from the Biotechnology and Biological Science Research Council (BBSRC) which is part of UK Research Innovation (UKRI)." [253]

---

[249].   https://www.ajmc.com/newsroom/nih-bill-and-melinda-gates-foundation-collaborate-to-develop-genebased-hiv-treatment

[250].   *Id.*

[251].   http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=1&f=G&l=50&co1=AND&d=PTXT&s1=10,130,701&OS=10,130,701&RS=10,130,701

[252].   *Id.*

[253].   https://www.pirbright.ac.uk/partnerships/our-major-stakeholders

325.    The World Health Organization and the Bill & Melinda Gates Foundation are two of the primary stakeholders in the Pirbright Institute. [254]

326.    The Gates Foundation is the primary source of funding for the World Health Organization now that the United States withdrew in June 2020. [255]

327.    On October 18, 2019, the Bill & Melinda Gates Foundation, in tandem with John's Hopkin's University and the World Economic Forum, held "Event 201" at the Pierre Hotel in New York City. [256]

328.    "'Event 201' was a 3.5-hour pandemic tabletop exercise that simulated a series of dramatic, scenario-based facilitated discussions, confronting difficult, true-to-life dilemmas associated with response to a hypothetical, but scientifically plausible, pandemic."[257]

329.    "Event 201" included "15 global business, government, and public health leaders were 'players' in the simulation exercise that highlighted unresolved real-world policy and economic issues that could be solved with sufficient political will, financial investment, and attention now and in the future.[258]

---

[254].    *Id.*
[255].    https://apps.who.int/gb/ebwha/pdf_files/WHA72/A72_35-en.pdf ; https://www.dr-rath-foundation.org/2019/01/world-health-organization-gates-foundation-now-second-largest-funder-after-u-s-government/
[256].    https://www.centerforhealthsecurity.org/event201/about
[257].    *Id.*
[258]  .    *Id.*

330.    "Event 201" consisted of pre-recorded news broadcasts, live "staff" briefings, and moderated discussions on specific topics. These issues were carefully designed in a compelling narrative that educated the participants and the audience."

331.    The script used in the "Event 201" wargaming exercise mirrors the series of events that have unfolded in response to the COVID-19 pandemic. [259]

332.    One of the "exercise team members" for "Event 201" was Dr. Tom Inglesby.

333.    Dr. Tom Ingelsby is the Director of the IHME Model at Washington University and is funded by the Gates Foundation. [260] [261]

334.    In May 2010, the Rockefeller Foundation, in conjunction with the Global Business Network, published a report entitled "Scenarios for the Future of Technology and International Development" which proposed four different "scenario narratives" exploring "four very different – yet very possible – scenarios for the future of technology and development in order to illuminate the challenges and opportunities that may lie ahead."[262]

335.    The first of the four scenarios, entitled "Lockstep: A world of tighter top-government control and more authoritarian leadership, with limited innovation and growing

---

[259].    *Id.* (Please be advised that the entire video transcript of the Event 201 wargaming exercise is currently available at the "Event 201" website.)
[260].    https://www.hsgac.senate.gov/imo/media/doc/Testimony-Inglesby-2020-05-06.pdf
[261].    www.healthdata.org/about/director-statement
[262].    http://www.nommeraadio.ee/meedia/pdf/RRS/Rockefeller%20Foundation.pdf

citizen pushback" ("Lockstep") lays out a hypothetical future pandemic that closely tracks the

COVID-19 "pandemic":[263]

> In 2012, the pandemic that the world had been anticipating for years finally hit. Unlike 2009's H1N1, this new influenza strain – originating from wild geese – was extremely virulent and deadly. Even the most pandemic-prepared nations were quickly overwhelmed when the virus streaked around the world , infecting nearly 20 percent of the global population and kill 8 million in just seven months, the majority of them healthy young adults. The pandemic also had a deadly effect on economies: international mobility of both people of goods screeched to a halt, debilitating industries like tourism and breaking global supply chains. Even locally, normally bustling shops and office buildings sat empty for months, devoid of both employees and customers. [264]

336.    The responses of many major nations named in "Lockstep" are also described: [265]

> The United States' initial policy of "strongly discouraging" citizens from flying proved deadly in its leniency, accelerating the spread of the virus not just within the U.S. but across borders. However, a few countries did fare better – China in particular. The Chinese government's quick imposition and enforcement of mandatory quarantine for all citizens, as well as its instant and near-hermetic sealing off of all borders, saved million of lives, sopping the spread of the virus far earlier than in other countries and enabling a swifter post-pandemic recovery.

337.    "Lockstep" also strongly advocates authoritarian governance: [266]

> During the pandemic, national leaders around the world flexed their authority and imposed airtight rules and restrictions, from the mandatory wearing of face masks to body-temperature checks at the entries to communal spaces like train stations and supermarkets. Even after the pandemic faded, this more authoritarian control and oversight of citizens and their activities stuck and even intensified. In order to protect themselves from the spread of increasingly global problems – from pandemics and transnational terrorism to environmental crises and rising poverty – leaders around the world took a firmer grip on power.

---

[263]. *Id.*
[264]. *Id.*
[265]. *Id.*
[266]. *Id.*

338.    "Lockstep" continues: [267]

At first, the notion of a more controlled world gained wide acceptance and approval. Citizens willingly gave up some of their sovereignty – and their privacy – to more paternalistic states in exchange for greater safety and stability. Citizens were more tolerant, and even eager for top-down direction and oversight, and national leaders had more latitude to impose order in the ways they saw fit. In developed countries, this heightened oversight took many forms: biometric IDs for all citizens, for example, and tighter regulation of key industries whose stability was deemed vital to national interests In mainly developed countries, enforced cooperation with a suite of new regulations and agreements slowly but steadily restored both order and, importantly, economic growth.

339.    Perhaps most interesting is that, on Page 22 of "Lockstep" the "Role of Philanthropy in Lockstep" states:[268]

"Philanthropic organizations interested in promoting universal rights and freedoms will get blocked at many nations' borders. Developing smart, flexible, and wide-ranging relationships in this world will be key; some philanthropies may choose to work only in places where their skills and services don't meet resistance. Many governments will place severe restrictions on the program areas and geographies that international philanthropies can work in, leading to a narrower and stronger geographic focus or grant-making in their home country only."

340.    Lockstep was commissioned shortly after the Rockefeller Foundation partnered with the Gates Foundation in 2009 to spur the "Green Revolution" in Africa.[269]

---

[267].     *Id.*
[268].     *Id.*
[269].     https://www.gatesfoundation.org/Media-Center/Press-Releases/2006/09/Foundations-Form-Alliance-to-Help-Spur-Green-Revolution-in-Africa

341.    Now, in 2020, the first COVID-19 vaccines are being tested and distributed to the public in Africa.[270]

342.    This has drawn criticism of many Africans opposing taking a vaccine that was developed on such a truncated timeline.[271]

343.    The Lockdown recommendations of Dr. Fauci and Dr. Birx is particularly puzzling since, prior to March 2020, every major public health organizations rejected lockdowns as a policy response to epidemics and pandemics.[272]

344.    The CDC published a new epidemic planning manual in 2017 that contains various public policy response recommendations for different types of diseases, including specific recommendations for respiratory virus such as SARS-CoV-2 (COVID-19).[273]

345.    During a January 2017 speech at the Georgetown University entitled "Pandemic Preparedness in the Next Administration," Dr. Fauci predicted the current pandemic: [274]

> "There will be a challenge to the coming administration in the arena of infectious diseases."

---

[270].    https://www.usnews.com/news/world/articles/2020-06-24/first-vaccinations-begin-in-africa-for-covid-19-trial

[271].    https://www.pbs.org/newshour/world/protest-against-africas-1st-covid-19-vaccine-test-shows-fear

[272].    Berenson (2020), at pp. 22-24.

[273].    https://www.cdc.gov/mmwr/volumes/66/rr/rr6601a1.htm

[274].    https://www.dailymail.co.uk/news/article-8188429/Dr-Fauci-revealed-fears-surprise-outbreak-three-YEARS-pandemic.html

346.    More interesting however, is the well-chronicled friendship between Bill Gates and the infamous international pedophile Jeffrey Epstein. [275]

347.    Indeed, Bill Gates' friendship with Jeffery Epstein is even more suspicious in light of the fact that a FBI raid on the Gates' Seattle mansion uncovered over six thousand (6,000) photographs of child rape in the Gate's mansion.[276]

## VI.        BASIS FOR EQUITIBLE & LEGAL RELIEF

348.    The  Executive Orders, agency rules, and other related edicts that were dictated by the Defendants in connection with the purported COVID-19 pandemic, are *per se* unlawful in that they clearly exceed the Defendants' Constitutional and statutory authority, and violate, *inter alia,* the Plaintiffs' Right to Assembly, Due Process, Equal Protection, and the Takings clauses of the U.S. and the Connecticut Constitutions, among other State and U.S. Constitutional Provisions.

349.    The U.S. Constitution and the Connecticut State Constitution preclude Governor Lamont from declaring a public health emergency in the absence of sufficient empirical evidence justifying such an extreme action.

---

[275]. https://www.nytimes.com/2019/10/12/business/jeffrey-epstein-bill-gates.html
[276]. https://www.seattlepi.com/seattlenews/article/Police-Bill-Gates-estate-staff-member-traded-5988138.php

350.     Governor Lamont's attempt to declare a public health emergency in the absence of any factual predicate based upon scientific and empirical evidence is unconditional, must demon

351.     Furthermore, the Governor, even under an emergency situation, has no authority by executive fiat to disregard and effectively nullify a Constitutional provision if there exists a less restrictive and/or more narrowly tailored action that can be taken.

352.     By way of example, and without limitation, Governor Lamont's public health emergency declaration of March 10, 2020 is *per se* unconstitutional in one or more of the following ways:

   a)   The Defendant declared a public health emergency due to SARS-CoV-2 (COVID-19) even though there was not a single reported death in Connecticut associated with COVID-19 at that time; and

   b)   The Defendant declared a public health emergency due to SARS-CoV-2 (COVID-19) even though there was not a single reported death in Connecticut associated with COVID-19 at that time; and

   c)   The Defendant declared a public health emergency because of SARS-CoV-2 (COVID-19) even through SARS-CoV-2 (COVID-19) was not even a reportable disease under Section 19a-215 of the Connecticut General Statutes at that time;

353.     By way of example, and without limitation, Governor Lamont's Executive Order No. 7G dated March 19, is *per se* unconstitutional in one or more of the following ways:

   a)   There is no empirical evidence that shutting the courts has the effect of reducing the rate of death from COVID-19 in Connecticut; and

   b)   There is no empirical evidence that ceasing in-person voting has the effect of reducing the rate of death from COVID-19 in Connecticut; and

c) There is no empirical evidence that shutting the courts has the effect of reducing transmission of COVID-19 in Connecticut; and

d) There is no empirical evidence that ceasing in-person voting has the effect of reducing the transmission of COVID-19 in Connecticut; and

e) Closing the courts thereby restricting and infringing upon the Plaintiff s right to engage in the practice of law, was not grounded in science or empirical data.

354.    By way of example, and without limitation, Governor Lamont's Executive Order No. 7H dated March 20, 2020 is *per se* unconstitutional in one or more of the following ways:

f) The assertion that "in a short period of time, COVID-19 has rapidly spread through Connecticut necessitates updated and more stringent guidance from federal, state and local officials" is not supported by the empirical data; and/or

g) It arbitrarily and capriciously creates two distinct and different classes of businesses: "essential" and non-essential"; and

355.    By way of example, and without limitation, Governor Lamont's Executive Order No. 7O dated March 27, 2020 is *per se* unconstitutional in that there is no empirical basis to support the assertion: "COVID-19 infections and resulting hospitalizations have increased significantly in recent days, at the same time that resident of areas with high infection rate have arrived in Connecticut, creating a need to enact further mandatory distancing measures to limit the rate of spread of the disease."

356.    By way of example, and without limitation, Governor Lamont's Executive Order No. 7R dated March 31, 2020 is *per se* unconstitutional in one or more of the following ways:

a) The assertion that "limiting the spread of COVID-19 requires effective distancing measure even among peoples enjoying the outdoors, including measures to ensure that state parks and other lands under the Commissioner's

control do not overcome, even briefly, over capacity" lacks a basis in empirical evidence; and

b) The declaration that "limiting the spread of COVID-19 requires effective distancing measure even among peoples enjoying the outdoors, including measures to ensure that state parks and other lands under the Commissioner's control do not overcome, even briefly, over capacity" directly contradicts all empirical evidence.

357.   By way of example, and without limitation, Governor Lamont's Executive Order No. 7S dated April 1, 2020 is *per se* unconstitutional in that there is no empirical basis to support the assertion: "there exists a compelling state interest in a consistent and easily understandable statewide approach to reducing the risk of transmission of COVID-19 among customers, staff, and other persons entering retail establishments, to limit community transmission of COVID-19 statewide, and to ensure the continuity of essential retail services and safe conduct of permitted non-essential retail services."

358.   By way of example, and without limitation, Governor Lamont's Executive Order No. 7T dated April 2, 2020 is *per se* unconstitutional in one or more of following ways:

a) There is no empirical evidence that "it is imperative to take aggressive mitigation measures to slow the spread of VOID-19 within our State and region and one such measure, as reflected in my prior Executive Order Nos. 7H and 7J, restricting the operations of non-essential businesses, and the Domestic Travel Advisory recently issued by the Centers for Disease Control, is to ensure that people stay home and avoid unnecessary travel or temporary lodging for vacation or leisure purposes

b) The closing of bars and restaurants violates equal protection under the Fourteenth Amendment (14th)

359.     By way of example, and without limitation, Governor Lamont's Executive Order No. 7V dated April 7, 2020 is *per se* unconstitutional in that there is no empirical basis to support the assertion: "the critical need to limit the spread of COVID-19 requires the enforcement of distancing and other protective measures in all workplaces."

360.     By way of example, and without limitation, Governor Lamont's Executive Order No. 7X dated April 10, 2020 is *per se* unconstitutional in that there is no empirical basis to support the assertion: "because in-person interactions in social, recreational, athletic, business and entertainment settings also continue to pose a risk of transmission of COVID-19, measures to limit such interactions must also be extended for several weeks."

361.     By way of example, and without limitation, Governor Lamont's Executive Order No. 7BB dated April 17, 2020 is *per se* unconstitutional in one or more of the following ways:

   a)   There is no empirical evidence that wearing a cloth face covering will prevent the transmission of COVID-19 by an infected person; and

   b)   The weight of scientific evidence demonstrates that wearing a cloth face covering will ***not*** prevent the transmission of COVID-19;

   c)   The weight of scientific evidence demonstrates that wearing a cloth face covering will have *no material effect* on the transmission of COVID-19;

   d)   The weight of the scientific evidence demonstrates that wearing a cloth face covering for any prolonged period of time actually has demonstrable negative health consequences for the wearer;

   e)   Scientific studies demonstrate wearing cloth face coverings likely increase the chances of positive COVID-19 tests.

362.   Accordingly, because prolonged use of face masks causes negative health consequences, and face masks have been proven to be ineffective in mitigating the transmission of COVID-19, an executive order requiring Connecticut residents to wear a dildo on their head would be more scientifically sound public policy than compelling the use of cloth face masks:



363.   By way of example, and without limitation, Governor Lamont's Executive Order No. 7CC dated April 21, 2020 is *per se* unconstitutional in one or more of the following ways:

    a)   It arbitrarily and capriciously creates two distinct and different classes of business; and

    b)   There is no empirical evidence which supports the premise that preventing a particular class of businesses from operating, purported "non-essential" businesses in this case, will result in a less COVID-19 associated deaths; and

    c)   There is not empirical evidence which supports the premises that preventing a particular class of businesses from operating, purported "non-essential" businesses in this case, will reduce the spread of COVID-19.

364.   By way of example, and without limitation, Governor Lamont's Executive Order No. 7HH dated May 1, 2020 is *per se* unconstitutional in that there is no empirical basis to support the assertion: "the close contact and high attendance required for an in person voting in large numbers increases the risk of transmission of COVID-19 for voters, town officials, and

88

poll workers and will consume a significant quantity of critically needed personal protective equipment."

365.    By way of example, and without limitation, Governor Lamont's Executive Order No. 7LL dated May 11, 2020 is unconstitutional in that it not based in any scientific empirical evidence.

366.    By way of example, and without limitation, Governor Lamont's Executive Order No. 7PP dated May 18, 2020 is unconstitutional in that, *inter alia*, it purports to confer the Defendant Commissioner of Economic Development with rule making authority having the force of law without following the necessary legislative process.

367.    Furthermore, Governor Lamont used Executive Order No. 7PP to justify the creation of created the "Reopen Connecticut Advisory Board" for Connecticut by Executive Order. [277]

368.    Under the leadership of Defendant David Lehman, The Reopen Connecticut Advisory Board subsequently issued the "Reopen Connecticut" guidelines which are substantively identical to the "Opening up America Again" guidelines championed by Dr. Inglesby.[278]

---

[277].    https://portal.ct.gov/Office-of-the-Governor/News/Press-Releases/2020/04-2020/Governor-Lamont-Announces-Members-of-the-Reopen-Connecticut-Advisory-Group

[278].    https://www.whitehouse.gov/wp-content/uploads/2020/04/Guidelines-for-Opening-Up-America-Again.pdf ; https://www.cbia.com/resources/coronavirus/coronavirus-employer-guidance/cdc-coronavirus-guidance-businesses/ ; https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

369.    By way of example, and without limitation, Governor Lamont's Executive Order No. 7BBB dated June 24, 2020 is *per se* unconstitutional as it attempts to create a consortium with New York and New Jersey without any scientific empirical evidence whatsoever that could justify such an action.

370.    The orders issued by the Chief Court Administrator, including but not limited to, precluding "in-person" access to the Connecticut Superior Courts, holding remote hearings and enforcing Governor Lamont's Executive Orders requiring cloth facemasks,[279] is *per se* unconstitutional in one or more of the following ways:

   a) The Chief Court Administrator's Orders are not based in any scientific empirical evidence; and/or

   b) The Chief Court Administrator's Orders are predicated upon Governor Lamont's unconstitutional Executive Orders

## VI.        *CLAIM FOR DAMAGES*

371.    As a direct consequence and result of Governor Lamont's unconstitutional Executive Orders, the Plaintiff's rights guaranteed by the Bill of Rights to the U.S. Constitution were violated and continue to be violated

372.    As a consequence and result of Governor Lamont's unconstitutional Executive Orders, the Plaintiff has suffered injuries to his business and his ability to make a living in that, *inter alia*, defendants order have precluded access to the civil courts without any basis in scientific empirical evidence.

---

[279].    See generally, https://jud.ct.gov/COVID19.htm

373.    The orders issued by the Chief Court Administrator issued in connection with COVID-19, including but not limited to requiring cloth face coverings be worn at all times in public courthouses, are unconstitutional and without any basis in scientific empirical evidence.

374.    The Fifth Amendment, made applicable to the States through the Fourteenth Amendment provides that private property shall not be taken for public use, without just compensation. *Phillips v. Washington Legal Foundation*, 524, U.S. 156, 163-164 (1998).

375.    The *Commerce Clause* reaches "those activities affecting commerce." *Perez v. U.S.*, 402 U.S. 146, 150 (1971).

376.    The *Commerce Clause* "extends to those activities intrastate which so affect interstate commerce, or the exertion of the power of Congress over it, as to make regulation of them appropriate means to the attainment of a legitimate end, the effective execution of the granted power to regulate interstate commerce." *Perez v. U.S.*, 402 U.S. at 151.

377.    "A factor of such volume and variability as wheat grown for home consumption would have a substantial influence on price conditions on the wheat market, both because such wheat, with rising prices, may flow into the market and check price increases and, because, though never marketed, it supplies the need of the grower which would otherwise be satisfied by his purchases in the open market." *Perez v. U.S.*, 402 U.S. at 151.

378.    Congress does not need to make particularized findings in order to legislate.

379.    The Defendants' actions have violated the *Commerce Clause* of the United States Constitution in that only Congress has the power to enact legislation which affects the prices of goods and services, including cremation services.

380.    42 U.S.C. §1983 creates a private cause of action for individuals remedy constitutional violations of civil rights. The statute is derived from §1 of the Civil Rights Act of 1871, 17 Stat. 13 and it was intended to create "a species of tort liability" in favor of persons deprived of federally secured rights. *Carey v. Piphus*, 435 U.S. 247, 253 (1978).

## VII.  STATEMENT OF CAUSES OF ACTION

**COUNT ONE**: *Declaratory Judgement - 42 U.S.C. §1983*

1-380.    Paragraphs 1 through 380 are hereby re-alleged herein by reference as Paragraphs 1 through 380 of Count One.

381.    The Plaintiffs bring this action pursuant to 42 U.S.C.§1983 obtain a declaratory judgment that the purported "public health emergency" declared by Governor Lamont on March 10, 2020, and every subsequent action taken pursuant thereto, is unconstitutional and *void ab initio.*

**COUNT TWO**: *Declaratory Judgement - 42 U.S.C. §1983 (Conspiracy)*

1-381.    Paragraphs 1 through 381 are hereby re-alleged herein as Paragraphs 1 through 381 by reference

382.   The actions of Governor Lamont in response to SARS-CoV-2 (COVID-19) were not grounded in science or empirical evidence.

383.   The actions of Governor Lamont in response to SARS-CoV-2 (COVID-19) were in lockstep with the guidance promulgated by Dr. Anthony Fauci.

384.   However, at all times described herein, the guidance advocated by Dr. Fauci was not grounded in science or empirical evidence.

385.   At all times described herein, the guidance advocated by Dr. Fauci regarding SARS-CoV-2 (COVID-19) was not binding on Governor Lamont.

386.   Despite the foregoing, Governor1 Lamont's response to SARS-CoV-2 (COVID-19) was in lockstep with Dr. Fauci's recommendations despite not being based upon science or empirical evidence.

387.   Despite the foregoing, the response SARS-CoV-2 (COVID-19) by Governor Lamont was in lockstep with the recommendations of Dr. Fauci even though Dr. Fauci's recommendations were directly contradictory to his past statements and opinions regarding treatment of coronavirus including, but not limited to, SARS 1 (SARS-CoV) in 2005 and MERS in 2013.

388.   However, at all times described herein, the guidance promulgated by the CDC was not grounded in science or empirical evidence.

389.    In fact, the guidance advocated by the CDC and Dr. Fauci directly contradicted the CDC's own 2017 epidemic planning manual. [280]

390.    For example, the CDC epidemic planning manual does not recommend, or even mention, the use of widespread extensive lockdowns; it discussed school closings only as a temporary measure during "severe, very severe, or extreme pandemics." [281]

391.    At all times described herein, the CDC's guidance in connection with COVID-19 was not binding upon Governor Lamont.

392.    Despite the foregoing, the actions of Governor Lamont's response to SARS-CoV-2 (COVID-19) was in lockstep with the guidance promulgated by CDC.

393.    The actions of both the past and present Commissioner of the CT DPH in response to SARS-CoV-2 (COVID-19) wholly lacked any basis in science or empirical evidence.

394.    The actions of the defendant Commissioner of the CT DPH, both past and present, in response to SARS-CoV-2 (COVID-19) was in lockstep with the guidance promulgated by Dr. Anthony Fauci.

395.    Further, at all times described herein, the guidance advocated by Dr. Fauci regarding SRS-CoV-2 (COVID-19) was not binding on the CT DPH.

396.    Despite the foregoing, the Defendant DPH Commissioners' response to SARS-CoV-2 (COVID-19) was in lockstep with the recommendations of Dr. Fauci despite the clear

[280].    https://www.cdc.gov/mmwr/volumes/66/rr/rr6601a1.htm
[281].    *Id.*

and obvious contradictions between Dr. Fauci's opinions and statements regarding treatment of coronavirus in response to prior pandemics, including but not limited to, SARS 1 (SARS-CoV) in 2005 and MERS in 2013.

397.    The Defendant DPH Commissioners' response to SARS-CoV-2 (COVID-19), both past and present, was in lockstep with the guidance promulgated by Dr. Fauci.

398.    At all times described herein, the guidance suggested by the CDC was not based on science or empirical evidence.

399.    At all times described herein, the CDC guidance concerning COVID-19 was not binding upon the CT DPH.

400.    The Defendant DPH Commissioners' response to SARS-CoV-2 (COVID-19), both past and present, was in lockstep with the guidance promulgated by the CDC.

401.    Despite the United States formally withdrawing from the WHO, the Governor has relied upon the edicts of WHO as the factual and foundational basis for each and every one of his Executive Orders in connection with COVID-19, including but not limited to, Executive Order 7MMM dated August 10, 2020.

402.    Moreover, the inconsistencies between the statistics reported by the CT DPH and the CDC, is entirely consistent with the anomalies occurring in other states, in conjunction with the facts set forth below, demonstrates connections suggesting a planned conspiracy rather than random errors.

403.    The COVID-19 statistics reported by the CT DPH are a product of, in whole or in part, a manipulation of the seasonal influenza and pneumonia statistics.[282]

404.    The CT DPH statistics are artificially manipulated and inflated by a one or more methods described herein, including but not limited to, adopting the CDC's definition of a "COVID-19 associated death" so that it conflates individuals who died *from* COVID-19, with those individuals who merely died *with* COVID-19.

405.    The actions, decrees, and patterns of conduct or incidents described above demonstrates that Governor Lamont combined, colluded and/or conspired with one ore more of the named defendants to this actions, and/or one of the other individuals, corporations, agencies, governments   and/or philanthropic foundations discussed above, to violate one or more provisions of the U.S. Constitution, as more specifically alleged herein.

**COUNT THREE: 42 U.S.C. §1983 - Injunction**

1-381.    Paragraphs 1 through 381 are hereby re-alleged herein as Paragraphs 1 through 381 by reference.

382.    Even though the "Public Health Emergency" declared by Governor Lamont, together with each and every order, regulation or directive issued by any other defendant

---

[282].    https://portal.ct.gov/-/media/DPH/EEIP/FLU/CT_Flu-Season-Summary_2018_2019.pdf

pursuant thereto, are unconstitutional and void *ab initio*, the Defendants continue to enforce the same as if they were valid.

383.     The Plaintiffs have no remedy at law that can compensate the Plaintiff for the

**COUNT FOUR: (Gov. Lamont) – 18 U.S.C. §242 – Personal Liability**

1-405.    Paragraphs 1 through 405 are hereby re-alleged herein as Paragraphs 1 through 405 by reference.

406.   Pursuant to 18 U.S.C. §242 the Governor Lamont is personally liable to the Plaintiffs for his actions described above.

**COUNT FIVE: (Renee Mitchell-Coleman) –  42 U.S.C. §1983**

1-381.    Paragraphs 1 through 381 are hereby re-alleged herein as Paragraphs 1 through 381 by reference.

382.     As a consequence of the foregoing, the Defendant is liable to the Plaintiff pursuant to 42 U.S.C. §1983

**COUNT SIX: (Renee Mitchell-Coleman) –  42 U.S.C. §1983 - *Conspiracy***

1-405.    Paragraphs 1 through 405 are hereby re-alleged herein as Paragraphs 1 through 405 by reference.

406.    As a consequence of the foregoing, the Defendant is liable to the Plaintiff pursuant to 42 U.S.C. §1983.

**COUNT SEVEN: (Renee Mitchell-Coleman) – 18 U.S.C. §242  - Personal Liability**

1-405.    Paragraphs 1 through 405 are hereby re-alleged herein as Paragraphs 1 through 405 by reference.

406.   Pursuant to 18 U.S.C. §242 the former CT DPH Commissioner, Renee Mitchell-Coleman, is personally liable to the Plaintiffs for his actions described above.

**COUNT EIGHT: (Diedre S Gifford) –  42 U.S.C. §1983**

1-381.    Paragraphs 1 through 381 are hereby re-alleged herein as Paragraphs 1 through 381 by reference.

382.    As a consequence of the foregoing, the Defendant is liable to the Plaintiff pursuant to 42 U.S.C. §1983.

**COUNT NINE: (Diedre S Gifford) –  42 U.S.C. §1983 - *Conspiracy***

1-405.    Paragraphs 1 through 405 are hereby re-alleged herein as Paragraphs 1 through 405 by reference.

406.    As a consequence of the foregoing, the Defendant is liable to the Plaintiff pursuant to 42 U.S.C. §1983.

**COUNT TEN: (Diedre S Gifford) – 18 U.S.C. §242 – *Personal Liability***

1-405.    Paragraphs 1 through 405 are hereby re-alleged herein as Paragraphs 1 through 442 by reference.

406.    Pursuant to 18 U.S.C. §242 the CT DPH Commissioner, Diedre S Gifford, is personally liable to the Plaintiffs for his actions described above.

**COUNT ELEVEN: (David Lehman) – 42 U.S.C. §1983**

1-381.    Paragraphs 1 through 381 are hereby re-alleged herein as Paragraphs 1 through 381 by reference.

382.    As a consequence of the foregoing, the Defendant is liable to the Plaintiff pursuant to 42 U.S.C. §1983

**COUNT TWELVE: (Chief Court Administrator) – 42 U.S.C. §1983**

1-381.    Paragraphs 1 through 381 are hereby re-alleged herein as Paragraphs 1 through 381 by reference.

382.    As a consequence of the foregoing, the Defendant is liable to the Plaintiff pursuant to 42 U.S.C. §1983

## VI.   DEMAND FOR RELIEF

WHEREFORE, the Plaintiffs hereby request the court grant the following relief:

1.  An order declaring the public health emergency declared by Governor Lamont on March 2020, to be unconstitutional and therefore void *ab initio*;

2.  A judgment declaring that every Executive Order issued by Governor Lamont  pursuant to the March 10, 2020 public health emergency is unconstitutional and therefore void *ab initio;*

3.  A judgment declaring that every order, directive or agency rule promulgated by the defendant David Lehman, Commissioner of the DECD,  is unconstitutional and therefore void *ab initio;*

4.  A judgment declaring that every order, directive or agency rule promulgated by the defendant Chief Court Administrator, is unconstitutional and therefore void *ab initio;*

5.  Monetary damages;

6.  Attorney's fees pursuant to 42 U.S.C. §1983 and/or 18 U.S.C. §242

7.  Court costs;

8.  Any other relief as this Court deems proper under the circumstances.


Dated at Wethersfield, Connecticut this 20th day of August, 2020,



                    Respectfully Submitted,


                    _____/s/_____
                    Matthew S. Carlone, their attorney
                    Fed. Bar No. CT29094, Juris No. 432761
                    81 Wolcott Hill Road
                    Wethersfield, CT 06109
                    (860) 563-9494 – Phone
                    (860) 563-6088 – Fax
                    MCarlone@Terkcarlone.com

# *EXHIBIT A*

*Bayes' Theorem* is defined as: [283]

$$P(B|A) = \frac{P(A|B)P(B)}{P(A)}$$

DEFINITIONS OF OPERATORS:

**A** is defined as the Event of testing positive for COVID-19
**B** is defined as the Event of having an active case (infection) of COVID-19 at the time of testing
**P(A)** is defined as "the probability of getting a positive COVID-19 test result"
**P(B)** is defined as "the probability of being infected with COVID-19"
**P(A|B)** is defined as the probability of testing positive for COVID-19, given that you are currently infected with COVID-19
**P(B|A)** is defined as the probability of being infected with COVID-19, given that you tested positive for COVID-19

ADDITIONAL DEFINITIONS APPLICABLE TO MEDICAL DIAGNOIC TESTS:

There are two ways to measure the accuracy and precision of a medical diagnostic: S*pecificity* and *Sensitivity*: [284]

**(i)** *Sensitivity* is the ability of a test to correctly identify those with the disease. This is also known as the *True Positive Rate* (*TPR*).

**(ii)** *Specificity* is the ability of the test to correctly identify those without the disease. This is also known as the *True Negative Rate* (*TNR*).

**True Positive Rate (TPR)** is the probability that an individual who an active case of COVID-19 will test positive for COVID-19.

*True Positive Rate* (*TPR*) = (*TP*) / (*TP+FN*)[285]

---

[283].   Stone, James V. (2013), BAYES' RULE: A TUTORIAL INTRODUCTION TO BAYESIAN ANALYSIS (Kindle), 8th Ed., Sebtel Press (2013)
[284].   https://www.fda.gov/regulatory-information/search-fda-guidance-documents/statistical-guidance-reporting-results-studies-evaluating-diagnostic-tests-guidance-industry-and-fda ; Collins, Robert (2017), BAYES THEOREM EXAMPLES (Kindle Ed.), pp. 20-27
[285].   TP = Number of True Positives Test Results
       FP = Number of False Positive Test Results

***True Negative Rate* (*TNR*)** is the probability that someone without an active case of COVID-19 will test negative for COVID-19.

> *True Negative Rate* (*TPR*) = *TN* / (*TN+FP*)

***False Positive Rate* (*FPR*)** is the probability that someone who does NOT have an active case of COVID-19 will test positive for COVID-19.

> *False Positive Rate* (*FPR*) = *FP* / (*FP+TN*) = 1 – *Specificity*

***False Negative Rate* (*FNR*)** is the probability that someone who does have an active case of COVID-19 will test negative for COVID-19

> *False Negative Rate* (*FNR*) = *FN* / (*FN+TP*)

## USING CT DPH DATA CALCULATE BAYESS THEORUM

*Assumptions:*   (1)   An "Active Case" of COVID-19 is a positive COVID-19 test result on July, 21, 2020; [286]

(2)   The *Sensitivity* of the COVID-19 tests is equal to .625 or 62.5%; [287]

(3)   The *Specificity* of the COVID-19 tests is equal to .96 or 96%. [288]

**P(A)**   = *Probability of getting a positive COVID-19 test result*
= (*Total Positive COVID-19 Tests*) / (*Total No. Tests Performed*) = (162) / (27,323)

**P(A) = .00592**

**P(B)**   = *Estimated Probability of having COVID-19 = Est. Infection Rate*
= ([*True Positives*] + [*False Negatives*]) / (*Total No. Tests Performed*)
= ([61 TP] + [1,086 FN]) / (27,323)

**P(B)  = .04197**

---

TN = Number of True Negative Test Results
FN = Number of False Negatives Test Results

[286]   https://data.ct.gov/Health-and-Human-Services/COVID-19-Tests-Cases-Hospitalizations-and-Deaths-S/rf3k-f8fg;

[287]   .   https://www.wtnh.com/news/health/coronavirus/state-public-health-lab-discovered-false-positive-covid-19-test-results/#/questions

[288]   https://www.cepheid.com/Package%20Insert%20Files/Xpress-SARS-CoV-2/Xpert%20Xpress%20SARS-CoV-2%20EUA%20PI%20GX%20System%20rev%20D.pdf

**P(A|B)** = *Probability of testing positive for COVID-19, given that you are currently infected with COVID-19*

**P(A|B)** = (*Est. Infection Rate*) *  (*TPR*)

= (*Est. Infection Rate*) * [(*True Positives*) / (*True Positives + False Negatives*)]

= (.04197) * [61/(61+1086)]

**P(A|B) = 0.002232**

**P(B|A)** = *Probability of having an active case of COVID-19, given that you received a positive COVID-19 test result*

$$P(B|A) = \frac{P(A|B)P(B)}{P(A)} \quad = \quad P(B|A) = \frac{0.002232 * 0.04197}{.00592}$$

$$P(B|A) = .0158$$

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2020, a copy of the foregoing Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Matthew S. Carlone, their attorney
Fed. Bar No. CT29094, Juris No. 432761
81 Wolcott Hill Road
Wethersfield, CT 06109
(860) 563-9494 – Phone
(860) 563-6088 – Fax
MCarlone@Terkcarlone.com