**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MATTHEW S. CARLONE<br>    *Plaintiff*, | No. 3:20-cv-01288-MPS |
| vs. | |
| EDWARD LAMONT, et al<br>    *Defendants*, | MARCH 29, 2021 |

**MOTION FOR PERMISSION TO AMEND COMPLAINT**
**IN RESPOSNE TO COURT ORDER (Docket Entry No. 18)**

Pursuant to Federal Rule of Civil Practice 15(a), the Plaintiff hereby moves the court for permission to amend his complaint pursuant to this court's order dated March 10, 2021 ruling on defendants' motion to dismiss. In support of this motion the plaintiff represents that the proposed amendments specifically address the issues raised by the court's ruling. Pursuant to Local Rule 9(f), the plaintiff represents that (1) he has reached out to opposing counsel to ascertain whether there is consent to this motion, but he has not received a response; and (2) the Plaintiff has attached a copy of his proposed amended complaint along with a redlined copy.

Respectfully Submitted,

_____/s/_____
Matthew S. Carlone, Esq.
Fed. Bar No. CT29094, Juris No. 432761
81 Wolcott Hill Road
Wethersfield, CT 06109
(860) 563-9494 – Phone
(860) 563-6088 – Fax
MCarlone@Terkcarlone.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2021, a copy of the foregoing motion for permission to amend the complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       _____/s/_____
                                       Matthew S. Carlone, Esq.
                                       Fed. Bar No. CT29094, Juris No. 432761
                                       81 Wolcott Hill Road
                                       Wethersfield, CT 06109
                                       (860) 563-9494 – Phone
                                       (860) 563-6088 – Fax
                                       MCarlone@Terkcarlone.com